(Official Form 1) (10/05)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dana Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**34-4361040** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>**4500 Dorr Street**<br>**Toledo, Ohio**<br>ZIPCODE: 43615 | Street Address of Joint Debtor (No. & Street, City, State, and Zip):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Lucas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE: | Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**See Schedule 1 Attached**   ZIPCODE | |

| Type of Debtor (Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check all applicable boxes.) | Chapter of Bankruptcy Code Under Which<br>The Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br>State type of entity:_____<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3) | ☐ Chapter 7   ☒ Chapter 11   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9   ☐ Chapter 12      of a Foreign Main Proceeding<br>   ☐ Chapter 13   ☐ Chapter 15 Petition for Recognition<br>                    of a Foreign Nonmain Proceeding<br><br>**Nature of Debts** (Check **one** box)<br>☐ Consumer/Non-Business   ☒ Business |

| Filing Fee (Check **one** box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>– – – – – – – – – – – – – – – – – – – – – – – – – –<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

Note - The estimated assets and debts indicated herein are estimated on a consolidated basis for the Debtor and its debtor and non-debtor subsidiaries and affiliates. The Debtor will file schedules and a statement of financial affairs pursuant to Fed. R. Bankr. P. 1007(c) by a date to be determined by this Court.

CLI-1387117v5

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Dana Corporation** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **None** | Case Number:<br>**N/A** | Date Filed:<br>**N/A** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Schedule 1 Attached** | Case Number:<br>**Pending** | Date Filed:<br>**Date hereof** |
| District:<br>**Southern District of New York** | Relationship:<br>**Affiliate** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☒  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor  the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** | **Certification Concerning Debt Counseling**<br>**By Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒  No. | ☐   I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐   I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances.  (Must attach certification describing.) |

| **Information Regarding the Debtor** (Check the Applicable Boxes) |
|---|
| **Venue** (Check, any applicable box) |

☐     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

| **Statement by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| *Check all applicable boxes.* |

☐     Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)    FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Dana Corporation** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br>Signature of Debtor<br><br>X_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.<br><br>☐  Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter o title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney |
|---|
| X */s/ Corinne Ball*_____<br>Signature of Attorney for Debtor<br><br>**Corinne Ball**          **Heather Lennox**<br>**Richard H. Engman**      **Jones Day**<br>**Jones Day**              **North Point**<br>**222 East 41ˢᵗ Street**    **901 Lakeside Ave.**<br>**New York, NY  10017**    **Cleveland, OH  44114**<br>**Tel: (212) 326-3939**    **Tel: (216) 586-3939**<br><br><br>Date: **March 3, 2006**_____ |

| Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|
| I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 93) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) |
|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Teresa Mulawa*_____<br>Signature of Authorized Individual<br><br>**Teresa Mulawa**_____<br>Printed Name of Authorized Individual<br><br>**Treasurer**_____<br>Title of Authorized Individual<br><br>Date: **March 3, 2006** |

| |
|---|
| Address<br><br>_____<br>X_____<br><br>_____<br>Date<br><br>Signature of Bankruptcy petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

CLI-1387117v5

Form B1, Exh. A (9/97)

## Exhibit "A"

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
                                           :
In re                                      :   Chapter 11
                                           :
Dana Corporation,                          :   Case No. 06-_____ (___)
                                           :
            Debtor.                        :
                                           :
------------------------------------------------------------x
```

## Exhibit "A" to Voluntary Petition

1.    The debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, and the SEC file number is 1-1063.

2.    The following financial data is the latest available information and refers to the debtor's condition on September 30, 2005 (unless otherwise indicated below).[1]

    a.    Total assets:                                $7.9 billion

    b.    Total debts (including debts listed in 2.c., below):   $6.8 billion

    c.    Debt securities (as of March 3, 2006):

| Unsecured Notes Issued | Principal Amount Currently Outstanding | Approximate Number of Holders |
|---|---|---|
| $150 million of 6.5% unsecured notes, due March 15, 2008 | $154,550,000.00 | 21 |
| $350 million of 6.5% unsecured notes, due March 1, 2009 | $361,501,389.00 | 77 |
| $250 million of 10.125% unsecured notes, due March 15, 2010 | $78,279,843.00 | 16 |
| $575 million of 9% unsecured notes, due August 15, 2011 | $116,148,326.00 | 37 |
| €200 million of 9% unsecured notes, due August 15, 2011 | $8,656,450.00 | unknown number of holders |
| $450 million of 5.85% unsecured notes, due January 15, 2015 | $466,672,500.00 | 57 |
| $200 million of 7% unsecured notes, due March 15, 2028 | $170,441,634.00 | 36 |
| $400 million of 7% unsecured notes, due March 1, 2029 | $277,743,069.00 | 54 |
| **Total** | **$1,633,993,211.00** | |

---

[1]    The estimated assets and debts indicated herein are estimated on a consolidated basis for the Debtor and its debtor and non-debtor subsidiaries and affiliates (collectively, the "Dana Companies"). The Debtor will file schedules and a statement of financial affairs pursuant to Fed. R. Bankr. P. 1007(c) by a date to be determined by this Court.

CLI-1387117v5

d.  Number of shares of preferred stock                    0                    0

e.  Number of shares of common stock        152,088,404            41,877
    (as of February 22, 2006)

    Comments, if any: _____

    _____

    _____

3.    Brief description of debtor's business: The Dana Companies serve the majority of the world's vehicle manufacturers as leaders in the engineering, manufacturing and distribution of systems and components.  With 2004 worldwide sales of approximately $9 billion, the Dana Companies are one of the world's largest independent suppliers of modules, systems and components for original equipment manufacturers of light, commercial and off-highway vehicles and for related original equipment service customers.  The products manufactured and supplied by the Dana Companies are used in cars; vans; sport-utility vehicles; light, medium and heavy trucks; recreational vehicles and motor homes; and a wide range of off-highway vehicles.

4.    List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:[2]

| Percentage Ownership | Names | Addresses |
|---|---|---|
| 7.2% | Brandes Investment Partners, L.P.<br>Brandes Investment Partners, Inc.<br>Brandes Worldwide Holdings, L.P.<br>Charles H. Brandes<br>Glenn R. Carlson<br>Jeffrey A. Busby | 11988 El Camino Real<br>Suite 500<br>San Diego, CA  92130 |
| 9.99% | Donald Smith & Co., Inc. | 152 West 57th Street<br>New York, NY  10019 |
| 11.8% | Capital Research and Management Company | 333 South Hope Street<br>Los Angeles, CA  90071 |
| 13.65% | Lord, Abbett & Co. LLC | 90 Hudson Street<br>Jersey City, NJ  07302 |
| 6.17% | Gabelli Asset Management, Inc.[3] | One Corporate Center<br>Rye, NY  10580 |

---

[2]    Current as of February 22, 2006.

[3]    Gabelli Asset Management Inc. reported in a Form 13D/A filed with the Securities and Exchange Commission on August 24, 2005 (the "Form 13D/A") that the following reporting persons beneficially owned an aggregate of 9,266,754 shares of Dana stock:  Gabelli Funds LLC beneficially owned 2,606,000 shares (with sole voting and dispositive powers for all such shares); Gamco Investors, Inc. beneficially owned 6,632,754 shares (with sole voting powers for 5,853,564 of such shares and sole dispositive powers for all such shares); Gabelli Securities, Inc. beneficially owned 28,000 shares (with sole voting and dispositive power for all such shares).  According to the Form 13D/A, other deemed beneficial owners of certain of these shares are Mario J. Gabelli and GGCP, Inc.

## SCHEDULE 1

A.   All Other Names Used by the Debtor in the last 8 years (including trade names):

| | |
|---|---|
| Automotive Controls Corp. | Engine Controls Distribution |
| Boston Weatherhead Division | Services, Inc. |
| Chelsea PTO | Findlay Properties, Inc. |
| Clevite Engine Parts | Glacier Vandervell |
| Dana Corporation | Gresen Hydraulics |
| Dana Global Sales | Mcquay Norris Export |
| Dana Indiana Corporation | Muskegon World Trade |
| Dana World Trade Corporation | Perfect Circle Division |
| Dana-Racine Corporation | Victor Reinz gaskets |
| Dana-Spicer, Inc. | Warner Electric |
| Diamond Financial Holdings, Inc | Wix Filtration |
| Distribution Services Division | |

B.   Location of Principal Assets of Business Debtor (if different from street address):

The Dana Companies are global enterprises and have significant assets in approximately 25 states and throughout the world.

C.   Pending Bankruptcy Cases Filed by Affiliates of the Debtor:

On March 3, 2006, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code.  Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

| | |
|---|---|
| 1.  Dakota New York Corp. | 17. Dorr Leasing Corporation |
| 2.  Brake Systems, Inc. | 18. DTF Trucking, Inc. |
| 3.  BWDAC, Inc. | 19. Echlin-Ponce, Inc. |
| 4.  Coupled Products, Inc. | 20. EFMG LLC |
| 5.  Dana Atlantic LLC f/k/a Glacier Daido America, LLC | 21. EPE, Inc. |
| | 22. ERS LLC |
| 6.  Dana Automotive Aftermarket, Inc. | 23. Flight Operations, Inc. |
| 7.  Dana Brazil Holdings I LLC f/k/a Wix Filtron LLC | 24. Friction Inc. |
| | 25. Friction Materials, Inc. |
| 8.  Dana Brazil Holdings LLC f/k/a/ Dana Realty Funding LLC | 26. Glacier Vandervell Inc. |
| | 27. Hose & Tubing Products, Inc. |
| 9.  Dana Corporation | 28. Lipe Corporation |
| 10. Dana Information Technology LLC | 29. Long Automotive LLC |
| 11. Dana International Finance, Inc. | 30. Long Cooling LLC |
| 12. Dana International Holdings, Inc. | 31. Long USA LLC |
| 13. Dana Risk Management Services, Inc. | 32. Midland Brake, Inc. |
| 14. Dana Technology Inc. | 33. Prattville Mfg., Inc. |
| 15. Dana World Trade Corporation | 34. Reinz Wisconsin Gasket LLC |
| 16. Dandorr L.L.C. | 35. Spicer Heavy Axle & Brake, Inc. |

CLI-1387117v5

36. Spicer Heavy Axle Holdings, Inc.
37. Spicer Outdoor Power Equipment Components LLC
38. Torque-Traction Integration Technologies, LLC

39. Torque-Traction Manufacturing Technologies, LLC
40. Torque-Traction Technologies, LLC
41. United Brake Systems Inc.

# DANA CORPORATION
## (a Virginia corporation)

## CERTIFICATE OF RESOLUTIONS

I, Michael L. DeBacker, the Secretary of Dana Corporation, a Virginia corporation (the "Corporation"), do hereby certify that (a) the following resolutions were adopted by the Board of Directors of the Corporation as of March 3, 2006 in accordance with the requirements of applicable law, and (b) said resolutions have not been amended, modified or rescinded and are in full force and effect as of the date hereof:

"WHEREAS, the Board of Directors of Dana Corporation, a Virginia Corporation (the "Corporation"), has evaluated the Corporation's alternatives in connection with a possible restructuring and has determined that the filing of a voluntary petition (the "Petition") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") is in the best interests of the Corporation;

"RESOLVED, that the Corporation shall be, and hereby is, authorized to file a Petition for relief under the Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York or such other court as the appropriate officer or officers of the Corporation shall determine to be appropriate (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

"FURTHER RESOLVED, that the president, the chief executive officer, the chief financial officer, the chief operating officer, any vice president, the secretary and the treasurer of the Corporation (collectively, the "Designated Officers") shall be, and each of them, acting alone, hereby is, authorized, directed and empowered on behalf of, and in the name of, the Corporation to: (a) execute and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Officer); (b) execute, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing;

(c) execute and verify any and all other documents necessary or appropriate in connection therewith or to administer the Corporation's chapter 11 case in such form or forms as any such Designated Officer may approve; and (d) cause the Corporation's subsidiaries set forth on Exhibit A hereto to take any action consistent with these resolutions, including the filing of petitions for relief under chapter 11, the retention of professionals and the incurrence of debt by such subsidiaries;

"FURTHER RESOLVED, that the Designated Officers shall be, and each of them hereby is, authorized, directed and empowered to retain, on behalf of the Corporation: (a) Jones Day; (b) AP Services, LLC; (c) Miller Buckfire & Co., LLC; (d) PricewaterhouseCoopers LLP; (e) Ernst & Young LLP; (f) The BMC Group, Inc.; (g) Hunton & Williams LLP; (h) Katten Muchin Rosenman LLP; and (i) such additional professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers, in each case as in such officer's or officers' judgment may be necessary in connection with the Corporation's chapter 11 case and other related matters, on such terms as such officer or officers shall approve;

"FURTHER RESOLVED, that the law firm Jones Day and any additional special or local counsel selected by the Designated Officers, if any, shall be, and hereby are, authorized, empowered and directed to represent the Corporation, as debtor and debtor in possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code;

"FURTHER RESOLVED, that the Corporation, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and hereby is, authorized to: (a) enter into a new debtor in possession financing facility and any associated documents and consummate the transactions contemplated therein (collectively, the "Financing Transactions") with such lenders and on such terms as may be approved by any one or more of the Designated Officers, as may be reasonably necessary for the continuing conduct of the affairs of the Corporation; and (b) pay related fees and grant security interests in and liens upon some, all or substantially all of the Corporation's assets, as may be deemed necessary by any one or more of the Designated Officers in connection with the Financing Transactions;

"FURTHER RESOLVED, that: (a) the Designated Officers shall be, and each of them, acting alone, hereby is, authorized, directed and empowered in the name of, and on behalf

of, the Corporation, as debtor and debtor in possession, to take such actions and execute and deliver such agreements, certificates, instruments, guaranties, notices and any and all other documents as the Designated Officers may deem necessary or appropriate to facilitate the Financing Transactions (collectively, the "Financing Documents"); (b) Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Designated Officers are approved; and (c) the actions of any Designated Officer taken pursuant to this resolution, including the execution and delivery of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of the approval thereof by such officer and by the Corporation;

"FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officers, each of the officers of the Corporation or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Corporation, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, amendments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein;

"FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Corporation in connection with the implementation of these resolutions in all respects are hereby ratified, confirmed and approved; and

"FURTHER RESOLVED, that each secretary and any assistant secretary of the Corporation is hereby authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of such secretary or assistant secretary, a true copy of the foregoing resolutions."

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of March 3, 2006.

    /s/   Michael L. DeBacker
Michael L. DeBacker
Secretary

**EXHIBIT A**

1.  Dakota New York Corp.
2.  Brake Systems, Inc.
3.  BWDAC, Inc.
4.  Coupled Products, Inc.
5.  Dana Atlantic LLC f/k/a Glacier Daido America,  LLC
6.  Dana Automotive Aftermarket, Inc.
7.  Dana Brazil Holdings I LLC f/k/a Wix Filtron LLC
8.  Dana Brazil Holdings LLC f/k/a/ Dana Realty Funding LLC
9.  Dana Information Technology LLC
10. Dana International Finance, Inc.
11. Dana International Holdings, Inc.
12. Dana Risk Management Services, Inc.
13. Dana Technology Inc.
14. Dana World Trade Corporation
15. Dandorr L.L.C.
16. Dorr Leasing Corporation
17. DTF Trucking, Inc.
18. Echlin-Ponce, Inc.
19. EFMG LLC
20. EPE, Inc.
21. ERS LLC
22. Flight Operations, Inc.
23. Friction Inc.
24. Friction Materials, Inc.
25. Glacier Vandervell Inc.
26. Hose & Tubing Products, Inc.
27. Lipe Corporation
28. Long Automotive LLC
29. Long Cooling LLC
30. Long USA LLC
31. Midland Brake, Inc.
32. Prattville Mfg., Inc.
33. Reinz Wisconsin Gasket LLC
34. Spicer Heavy Axle & Brake, Inc.
35. Spicer Heavy Axle Holdings, Inc.
36. Spicer Outdoor Power Equipment Components LLC
37. Torque-Traction Integration Technologies, LLC
38. Torque-Traction Manufacturing Technologies, LLC
39. Torque-Traction Technologies, LLC
40. United Brake Systems Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------x
                                    :
In re                               :    Chapter 11
                                    :
Dana Corporation,                   :    Case No. 06-_____  (___)
                                    :
          Debtor.                   :
                                    :
--------------------------------------------------------x
```

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 50 LARGEST UNSECURED CLAIMS

   The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on March 3, 2006 for relief under chapter 11 of title 11 of the United States Code.  Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting, among other things, authority to file a consolidated list of the 50 largest unsecured creditors of the Debtors (the "Top 50 List") in lieu of a separate list for each Debtor.  The Top 50 List is based on the Debtors' books and records as of approximately February 27, 2006 and was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases.  The Top 50 List does not include:  (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 50 largest unsecured claims. The information presented in the Top 50 List shall not constitute an admission by, nor is it binding on, the Debtors.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Wilmington Trust Company Rodney Square North 1100 North Market Street Wilmington, DE  19890 | Wilmington Trust Company Rodney Square North 1100 North Market Street Wilmington, DE  19890<br><br>Corporate Trust Administration Tel:  302-636-6396 Fax:  302-636-4145 | BONDS | | $466,672,500.00 |
| Wilmington Trust Company Rodney Square North 1100 North Market Street Wilmington, DE  19890 | Wilmington Trust Company Rodney Square North 1100 North Market Street Wilmington, DE  19890<br><br>Corporate Trust Administration Tel:  302-636-6396 Fax:  302-636-4145 | BONDS | | $361,501,388.95 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Wilmington Trust Company Rodney Square North 1100 North Market Street Wilmington, DE 19890 | Wilmington Trust Company Rodney Square North 1100 North Market Street Wilmington, DE 19890<br><br>Corporate Trust Administration Tel: 302-636-6396 Fax: 302-636-4145 | BONDS | | $277,743,069.18 |
| Wilmington Trust Company Rodney Square North 1100 North Market Street Wilmington, DE 19890 | Wilmington Trust Company Rodney Square North 1100 North Market Street Wilmington, DE 19890<br><br>Corporate Trust Administration Tel: 302-636-6396 Fax: 302-636-4145 | BONDS | | $170,441,633.65 |
| Wilmington Trust Company Rodney Square North 1100 North Market Street Wilmington, DE 19890 | Wilmington Trust Company Rodney Square North 1100 North Market Street Wilmington, DE 19890<br><br>Corporate Trust Administration Tel: 302-636-6396 Fax: 302-636-4145 | BONDS | | $154,550,000.00 |
| Wilmington Trust Company Rodney Square North 1100 North Market Street Wilmington, DE 19890 | Wilmington Trust Company Rodney Square North 1100 North Market Street Wilmington, DE 19890<br><br>Corporate Trust Administration Tel: 302-636-6396 Fax: 302-636-4145 | BONDS | | $116,148,326.00 |
| Wilmington Trust Company Rodney Square North 1100 North Market Street Wilmington, DE 19890 | Wilmington Trust Company Rodney Square North 1100 North Market Street Wilmington, DE 19890<br><br>Corporate Trust Administration Tel: 302-636-6396 Fax: 302-636-4145 | BONDS | | $78,279,842.86 |
| TRW Fremont Kingsway 128 River Bend Drive Sevierville, TN 37876-1942 | TRW Fremont Kingsway 128 River Bend Drive Sevierville, TN 37876-1942<br><br>Bob Swan Tel: 865-453-0199 Fax: 865-453-0429 | TRADE | | $10,417,623.54 |
| Metaldyne Co. LLC 47659 Halyard Drive Plymouth, MI 48170 | Metaldyne Co. LLC 47659 Halyard Drive Plymouth, MI 48170<br><br>Timothy Liuliette Tel: 734-207-6200 Fax: 734-207-6500 | TRADE | | $9,874,189.50 |
| Toyota Tsusho America Inc. 437 Madison Avenue, 29th Floor New York, NY 10022 | Toyota Tsusho America Inc. 437 Madison Avenue, 29th Floor New York, NY 10022<br><br>Takashi Hasegawa Tel: 212-418-0100 Fax: 212-418-0117 | TRADE | | $9,142,204.22 |

- 2 -

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Wilmington Trust Company Rodney Square North 1100 North Market Street Wilmington, DE 19890 | Wilmington Trust Company Rodney Square North 1100 North Market Street Wilmington, DE 19890<br><br>Corporate Trust Administration Tel: 302-636-6396 Fax: 302-636-4145 | BONDS | | $8,656,450.29 |
| US Manufacturing Corp Buena 104 N. Main Street Drive New Providence, IA 50206 | US Manufacturing Corp Buena 104 N. Main Street Drive New Providence, IA 50206<br><br>Loran Balvanze Tel: 641-497-5260 Fax: 641-939-7539 | TRADE | | $7,889,020.77 |
| Bruckner Supply Co., Inc. c/o Wesco Receivables P.O. Box 642565 Pittsburgh, PA 15264-2565 | Bruckner Supply Co., Inc. c/o Wesco Receivables P.O. Box 642565 Pittsburgh, PA 15264-2565<br><br>Ron Haley Tel: 412-393-8614 Fax: 412-393-8831 | TRADE | | $5,533,014.43 |
| Timken Co. 59 Field Street Torrington, CT 06790-4942 | Timken Co. 59 Field Street Torrington, CT 06790-4942<br><br>Jacqueline Dado Tel: 330-438-3000 Fax: 330-471-4388 | TRADE | | $5,190,986.36 |
| Sypris Technologies 2820 W. Broadway Louisville, KY 40211-1219 | Sypris Technologies 2820 W. Broadway Louisville, KY 40211-1219<br><br>Jack Kramer Tel: 502-774-6011 Fax: 502-774-6300 | TRADE | | $4,831,382.25 |
| NTN Bearing Corp of America 1600 E. Bishop Ct. Mt. Prospect, IL 60056-7604 | NTN Bearing Corp of America 1600 E. Bishop Ct. Mt. Prospect, IL 60056-7604<br><br>Rick Thomas Tel: 847-298-7500 Fax: 847-699-9744 | TRADE | | $4,791,090.42 |
| Nova Tube Indiana LLC 1195 Port Road Jeffersonville, IN 47130-8478 | Nova Tube Indiana LLC 1195 Port Road Jeffersonville, IN 47130-8478<br><br>Chuck Yingst Tel: 812-285-9796 Fax: 812-285-8832 | TRADE | | $4,230,747.52 |
| Toyoda Machinery USA Inc. 5932 Commerce Blvd. Morristown, TN 37814-2941 | Toyoda Machinery USA Inc. 5932 Commerce Blvd. Morristown, TN 37814-2941<br><br>Toshi Hirokawa Tel: 423-585-0999 Fax: 423-585-2502 | TRADE | | $3,685,085.89 |

CLI-1387117v5

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Robert Bosch Corporation 38000 Hills Tech Dr. Farmington Hills, MI 48331 | Robert Bosch Corporation 38000 Hills Tech Dr. Farmington Hills, MI 48331<br><br>Kurt Liedtke Tel: 248-553-9000 Fax: 248-398-1434 | TRADE | | $3,417,594.94 |
| Rex Forge Division 355 Atwater Street Plantsville, CT 06479-1653 | Rex Forge Division 355 Atwater Street Plantsville, CT 06479-1653<br><br>Ronald Fontanella Tel: 860-628-0393 Fax: 860-621-8971 | TRADE | | $3,378,717.49 |
| Macsteel 333 Westchester Ave. White Plains, NY 10604-2910 | Macsteel 333 Westchester Ave. White Plains, NY 10604-2910<br><br>Salvatore Purpura Tel: 914-872-2700 Fax: 914-872-2722 | TRADE | | $3,297,314.73 |
| Westport Axle Corp. 12740 Westport Rd., Ste. H Louisville, KY 40245-2121 | Westport Axle Corp. 12740 Westport Rd., Ste. H Louisville, KY 40245-2121<br><br>Alexander Van Leyen Tel: 502-425-2103 Fax: 502-425-2508 | TRADE | | $2,634,736.72 |
| Eaton Corporation 10221 Capital Street Oak Park, MI 48237-3103 | Eaton Corporation 10221 Capital Street Oak Park, MI 48237-3103<br><br>Rod Machek Tel: 800-527-3851 Fax: 248-398-1434 | TRADE | | $2,596,861.77 |
| Goodyear Tire & Rubber Co. 1144 E. Market Street Akron, OH 44316-0001 | Goodyear Tire & Rubber Co 1144 E. Market Street Akron, OH 44316-0001<br><br>Robert Keegan Tel: 330-796-2121 Fax: 330-796-2222 | TRADE | | $2,262,032.95 |
| Worthington Steel Company 100 Worthington Drive Porter, IN 46304-8812 | Worthington Steel Company 100 Worthington Drive Porter, IN 46304-8812<br><br>Donald Malenick Tel: 219-929-4000 Fax: 614-438-3256 | TRADE | | $2,210,184.55 |
| AFC Holocroftald 49630 Pontiac Trail Wixom, MI 48393 | AFC Holocroftald 49630 Pontiac Trail Wixom, MI 48393<br><br>Karl Heinz Tel: 248-668-4016 Fax: 248-624-3710 | TRADE | | $2,174,000.00 |
| Koyo Corp USA 29570 Clemens Rd. Westlake, OH 44145-1007 | Koyo Corp USA 29570 Clemens Rd. Westlake, OH 44145-1007<br><br>Tsutomu Nemoto Tel: 440-835-1000 Fax: 440-835-9347 | TRADE | | $2,005,142.61 |

CLI-1387117v5

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Advanced Systems & Controls Inc. 23426 Reynolds Ct. Clinton Township, MI 48036-1240 | Advanced Systems & Controls Inc. 23426 Reynolds Ct. Clinton Township, MI 48036-1240<br><br>Andrew Zundel Tel: 586-468-5200 Fax: 586-816-4558 | TRADE | | $1,967,635.81 |
| Federal Mogul Corporation 26555 Northwestern Highway Southfield, MI 48034 | Federal Mogul Corporation 26555 Northwestern Highway Southfield, MI 48034<br><br>Jose Maria Alapont Tel: 248-354-7700 Fax: 248-354-8950 | TRADE | | $1,925,215.21 |
| Wayne Manufacturing Corp. 6505 State Road 205 Laotto, IN 46763-9618 | Wayne Manufacturing Corp. 6505 State Road 205 Laotto, IN 46763-9618<br><br>Ron Dickerhoof Tel: 260-637-5586 Fax: 260-357-4193 | TRADE | | $1,921,703.53 |
| Cannon Automotive Solutions Div. of Electromac Group 1965 Ambassador Dr. Windsor N9C 3R5 Canada | Cannon Automotive Solutions Div. of Electromac Group 1965 Ambassador Dr. Windsor N9C 3R5 Canada<br><br>Richard A. Buccarelli Tel: 519-969-0305 Fax: 519-969-1437 | TRADE | | $1,858,812.13 |
| Mercer Forge Corp. 200 Brown Street Mercer, PA 16137 | Mercer Forge Corp. 200 Brown Street Mercer, PA 16137<br><br>James Ackerman Tel: 724-662-2750 Fax: 724-662-5642 | TRADE | | $1,818,056.40 |
| Wanxiang America Corporation 88 Airport Road Elgin, IL 60123-9324 | Wanxiang America Corporation 88 Airport Road Elgin, IL 60123-9324<br><br>Pin Ni Tel: 847-622-8838 Fax: 847-931-4838 | TRADE | | $1,779,050.17 |
| Bearing Technologies 1141 Jaycox Road Avon, OH 44011-1366 | Bearing Technologies 1141 Jaycox Road Avon, OH 44011-1366<br><br>Laszlo Tromler Tel: 440-937-4770 Fax: 440-937-4771 | TRADE | | $1,705,866.97 |
| Excel Polymers LLC 6521 David Industrial Parkway Solon, OH 44139-3549 | Excel Polymers LLC 6521 David Industrial Parkway Solon, OH 44139-3549<br><br>Vic March Tel: 440-715-7000 Fax: 440-715-7012 | TRADE | | $1,686,316.87 |

CLI-1387117v5

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Brunner International Inc.<br>3959 Bates Road<br>Medina, NY  14103-9705 | Brunner International Inc.<br>3959 Bates Road<br>Medina, NY  14103-9705<br><br>Peter Brunner<br>Tel: 585-798-6000<br>Fax:  585-356-8885 | TRADE | | $1,662,957.98 |
| Toyoda Koki Automotive Torsen NA<br>Two Jetview Drive<br>Rochester, NY, 14624 | Toyoda Koki Automotive Torsen NA<br>Two Jetview Drive<br>Rochester, NY  14624<br><br>Toshi Hirokawa<br>Tel: 423-585-0999<br>Fax: 423-585-2502 | TRADE | | $1,623,086.50 |
| Akebono Corporation<br>34385 W. Twelve Mile Road<br>Farmington Hills, MI 48331 | Akebono Corporation<br>34385 W. Twelve Mile Road<br>Farmington Hills, MI  48331<br><br>Kevin J. Adler<br>Tel:  248-489-7400<br>Fax:  248-994-7901 | TRADE | | $1,617,933.12 |
| Acemco Automotive<br>7297 Enterprise Drive<br>Spring Lake, MI 48456-9695 | Acemco Automotive<br>7297 Enterprise Drive<br>Spring Lake, MI  48456-9695<br><br>Jim Scott<br>Tel: 231-799-8612<br>Fax: 231-799-9904 | TRADE | | $1,610,840.10 |
| Parker Hannifin Corporation<br>6035 Parkland Blvd.<br>Cleveland, OH 44124-4141 | Parker Hannifin Corporation<br>6035 Parkland Blvd.<br>Cleveland, OH  44124-4141<br><br>Donald Washkewicz<br>Tel: 216-896-3000<br>Fax: 216-896-4000 | TRADE | | $1,606,402.62 |
| Tratech Inc.<br>31900 Sherman Avenue<br>Madison Heights, MI 48071-5605 | Tratech Inc.<br>31900 Sherman Avenue<br>Madison Heights, MI  48071-5605<br><br>Carl Pittner<br>Tel: 248-776-5700<br>Fax:  248-776-5702 | TRADE | | $1,565,378.88 |
| Bronson Precision Products Div.<br>4800 S Lapeer Road<br>Lake Orion, MI 48359-1877 | Bronson Precision Products Div.<br>4800 S. Lapeer Road<br>Lake Orion, MI  48359-1877<br><br>Daniel Carroll<br>Tel: 248-340-9200<br>Fax: 248-340-9277 | TRADE | | $1,547,565.14 |
| Sanluis Rassini International Inc.<br>14500 N. Beck Road<br>Plymouth, MI 48170-3383 | Sanluis Rassini International Inc.<br>14500 N. Beck Road<br>Plymouth, MI  48170-3383<br><br>Robert Anderson<br>Tel: 734-454-4904<br>Fax:  734-454-4914 | TRADE | | $1,506,645.76 |
| Nationwide Precision Products Corp.<br>200 Tech Park Drive<br>Rochester, NY  14623-2487 | Nationwide Precision Products Corp.<br>200 Tech Park Drive<br>Rochester, NY  14623-2487<br><br>Darren Gillette<br>Tel: 585-272-7100<br>Fax:  585-272-0171 | TRADE | | $1,479,120.58 |

CLI-1387117v5

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lexington Corporate Properties Trust<br>One Penn Plaza, Suite 4015<br>New York , NY  10119-4015 | Lexington Corporate Properties Trust<br>One Penn Plaza, Suite 4015<br>New York , NY  10119-4015<br><br>Patrick Carroll<br>Tel:  212-692-7200<br>Fax:  212-594-6600 | REAL ESTATE | | $1,382,280.49 |
| Metokote Corporation<br>1340 Neubrecht Road<br>Lima, OH  45801 | Metokote Corporation<br>1340 Neubrecht Road<br>Lima, OH  45801<br><br>Jim Knight<br>Tel:  419-996-7800<br>Fax:  419-996-7801 | TRADE | | $1,366,260.47 |
| Haldex Corporation<br>2222 15th Street<br>Rockford, IL  61125-1166 | Haldex Corporation<br>2222 15th Street<br>Rockford, IL  61125-1166<br><br>Jay Longbottom<br>Tel:  815-398-4400<br>Fax:  815-398-5977 | TRADE | | $1,305,525.44 |
| Freudenberg Nok<br>47690 E. Anchor Ct.<br>Plymouth, MI  48170-2455 | Freudenberg Nok<br>47690 E. Anchor Ct.<br>Plymouth, MI  48170-2455<br><br>Mohsen Sohi<br>Tel:  734-451-0020<br>Fax:  734-451-2547 | TRADE | | $1,295,927.71 |
| Kaiser Aluminum & Chemical Sales I<br>9700 S. Harlem Avenue<br>Bedford Park, IL  60455-2302 | Kaiser Aluminum & Chemical Sales I<br>9700 S. Harlem Avenue<br>Bedford Park, IL  60455-2302<br><br>Michael Ahern<br>Tel:  708-424-2180<br>Fax:  708-424-6933 | TRADE | | $1,254,168.60 |
| Shiloh Corporation<br>8800 Steel Drive<br>Valley City, OH  44280 | Shiloh Corporation<br>8800 Steel Drive<br>Valley City, OH  44280<br><br>Stephen Graham<br>Tel:  330-558-2642<br>Fax:  330-558-2670 | TRADE | | $1,239,762.58 |

- 7 -

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
Dana Corporation,                       :    Case No. 06-_____ (___)
                                        :
          Debtor.                       :
                                        :
--------------------------------------------------------------x
```

## DECLARATION REGARDING CONSOLIDATED LIST OF
## CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS

I, Teresa Mulawa, Treasurer of the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing "Consolidated List of Creditors Holding 50 Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information and belief.

Date: March 3, 2006          Signature    /s/  Teresa Mulawa
                                          Teresa Mulawa
                                          Treasurer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                         :
In re                                    :   Chapter 11
                                         :
Dana Corporation,                        :   Case No. 06-_____ (___)
                                         :
           Debtor.                       :
                                         :
-----------------------------------------------------------x
```

## <u>LIST OF EQUITY SECURITY HOLDERS</u>

       The Debtor has more than 40,000 holders of its public equity securities. Given the substantial size of this list, the Debtor filed a motion on the Petition Date, pursuant to Bankruptcy Rule 1007(a)(3), requesting a waiver of the requirement to file its equity security holder list with the Court. The Debtor's equity security holder list has been provided to its claims and noticing agent, The BMG Group, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11
                                          :
Dana Corporation,                         :   Case No. 06-_____  (___)
                                          :
            Debtor.                       :
                                          :
--------------------------------------------------------------x
```

### DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS

        I, Teresa Mulawa, Treasurer of the above-captioned debtor, declare under penalty of perjury that I have reviewed the "List of Equity Security Holders" submitted to The BMG Group, Inc. concurrently herewith and that it is true and correct to the best of my knowledge, information and belief.

Date: March 3, 2006        Signature   _/s/ Teresa Mulawa_____
                                           Teresa Mulawa
                                           Treasurer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.