UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                          :   Case No. 06-10354 (BRL)
In re                                             :
                                                         :
DANA CORPORATION, et al.,            :   (Chapter 11)
                                                         :
                      Debtors.        :   (Jointly Administered)
                                                         :
-------------------------------------------------------- x

## APPOINTMENT OF COMMITTEE OF
## UNSECURED CREDITORS

      Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtors, being among the largest unsecured claimants who are willing to serve, are appointed to the committee of unsecured creditors:

1.     Wilmington Trust Company
        520 Madison Avenue, 33rd Floor
        New York, New York 10022
        Attention: James J. McGinley
        Tel. No. (212) 415-0522

2.     P. Schoenfeld Asset Management LLC
        1330 Avenue of the Americas, 34th Floor
        New York, New York 10019
        Attention: Peter Faulkner
        Tel. No. (212) 649-9542

3.     Judy Scott, Executrix for the estate of Matthew Scott
        131 N.E. McNight Road
        Belfair, WA 98528
        c/o Montgomery McCracken Walker & Rhoads, LLP
        123 South Broad Street
        Philadelphia, PA 19109
        Attention: Stephen A. Madva, Esq.
        Tel. No. (215) 772-7600

4.     Sypris Technologies, Inc.
        101 Bullitt Lane, Suite 450
        Louisville, KY 40222
        Attention: John R. McGeeney, General Counsel
        Tel. No. (502) 329-2000

5.     Metaldyne Company LLC
    47603 Halvard Drive
    Plymouth, Michigan 48170
    Attention: Thomas A. Amato
    Tel. No. (734) 207-6200

6.     Eaton Corporation
    1111 Superior Avenue
    Cleveland, OH 44114
    Attention: William T. Reiff
    Tel. No. (216) 523-4566

7.     International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW")
    8000 East Jefferson Avenue
    Detroit, MI 48214
    Attention: Niraj R. Ganatra, Associate General Counsel
    Tel. No. (313) 926-5216

Dated: New York, New York
       March 13, 2006

                         DEIRDRE A. MARTINI
                         UNITED STATES TRUSTEE

              By:   /s/ Greg M. Zipes
                    Greg M. Zipes (GMZ-4539)

                    33 Whitehall Street, 21st Floor
                    New York, New York 10004
                    Tel. No. (212) 510-0500