Daniel J. Carragher (DC-0328)
DAY, BERRY & HOWARD LLP
One International Place
Boston, Massachusetts
Telephone:  (617) 345-4600
Facsimile:   (617) 345-4745
djcarragher@dbh.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
                                                          :
In re                                                     :
                                                          :   Chapter 11
DANA CORPORATION, et al.                                  :   Case No. 06-10354-BRL
                                                          :   Jointly Administered
                    Debtors.                              :
---------------------------------------------------------X

## NOTICE OF DEMAND FOR RECLAMATION

RBC Bearings, Inc. and its wholly owned subsidiary Roller Bearing Company of America (which conducted business with the Debtors through their various divisions, including without limitation RBC Precision Products, Tyson Bearings Co. and Transport Dynamics) (jointly referred to herein as "RBC Bearings") by and through their undersigned counsel, hereby give notice that on March 16, 2006, RBC Bearings served written demand for reclamation of goods with a value of $431,704.44 received by the Debtors while insolvent within 45 days prior to the commencement of this case.  A copy of the reclamation demand is attached hereto.

RBC Bearings hereby demands reclamation of all goods covered by the invoices listed on the statement attached to such reclamation demand pursuant to section 546(c) of the Bankruptcy Code.  This demand shall not constitute an election of remedies by RBC Bearings or a waiver of any rights, including the right to payment provided in section 503(b)(9) of the Bankruptcy Code.

Dated:  March 23, 2006                                      Respectfully submitted,

/s/ Daniel J. Carragher
Daniel J. Carragher
Day, Berry & Howard LLP
One International Place
Boston, Massachusetts  02110
Telephone: (617) 346-4600
Facsimile:  (617) 345-4745
djcarragher@dbh.com
Counsel for RBC Bearings, Inc. and
Roller Bearing Company of America

## CERTIFICATE OF SERVICE

Copies of the foregoing Notice of Demand for Reclamation will be sent by operation of the Court's ECF system.  Parties may access this filing through the Court's system.  A copy of the foregoing was also sent by facsimile transmission to Jeff Wawrzyniak, Senior Litigation Counsel, Dana Corporation, Law Department, Toledo, Ohio, Fax: (419) 535-4790 on March 23, 2006.

/s/ Daniel J. Carragher
Daniel J. Carragher (DC-0328)
Counsel for RBC Bearings, Inc. and
Roller Bearing Company of America



One Tribology Center
Oxford, Connecticut 06478
Telephone: 203.267.7001
Fax: 203.267.5000
rbcbearings.com

March 16, 2006

Via UPS Overnight Delivery
UPS Tracking #1Z06W8962210037418

Dana Corporation
Attn. Mr. Jeffrey Wawrzyniak
4500 Dorr Street
Toledo, Ohio 43615

Re: Reclamation Demand

Dear Mr. Wawrzyniak,

Within the last forty-five(45) days prior to Dana's Chapter XI filing on March 3rd.,2006, your company had received goods on credit from RBC Bearings while insolvent that were sold to your company in the ordinary course of RBC Bearings business and for which RBC Bearings has yet to receive payment. The total invoiced value of these goods equal $431,704.44.

Statement attached listing all invoices by number, date and dollar value

Pursuant to the provisions of 11 U.S.C. 546(c), we hereby make demand for reclamation of the above referenced goods.

Sincerely,

Bruce Owen
Manager Credit and Collections



All Shipments to Dana Corporation

| Inv Number | Dated | Amount | Purchase Order # |
|---|---|---|---|
| 883001 | 2/9/2006 | $ 7,896.35 | SURCHG0106 |
| 883000 | 2/9/2006 | $ 123.40 | SURCHG0106 |
| 881023 | 2/1/2006 | $ 54,045.00 | LB034861 |
| 881024 | 2/1/2006 | $ 5,955.26 | LB034861 |
| 881025 | 2/1/2006 | $ 9,327.36 | LB034861 |
| 881026 | 2/1/2006 | $ 2,232.07 | LB034861 |
| 881027 | 2/1/2006 | $ 17,027.50 | LB034861 |
| 881028 | 2/1/2006 | $ 4,801.25 | LB034861 |
| 882031 | 2/6/2006 | $ 54,045.00 | LB034861 |
| 882032 | 2/6/2006 | $ 4,801.25 | LB034861 |
| 883784 | 2/13/2006 | $ 6,032.60 | LB034861 |
| 883785 | 2/13/2006 | $ 9,327.36 | LB034861 |
| 878533 | 1/24/2006 | $ 1,613.08 | 00B0661953 |
| 882359 | 2/7/2006 | $ 460.88 | 00B0661953 |
| 884198 | 2/14/2006 | $ 460.88 | 00B0661953 |
| 888168 | 2/28/2006 | $ 883.22 | 00B0661953 |
| 878625 | 1/24/2006 | $ 28.94 | 41069 |
| 878626 | 1/24/2006 | $ 17.90 | OP00041818 |
| 878627 | 1/24/2006 | $ 107.40 | 43376 |
| 881134 | 2/1/2006 | $ 375.60 | 40560 |
| 883101 | 2/9/2006 | $ 5,640.00 | 43056-000-OP |
| 883519 | 2/10/2006 | $ 626.00 | 41069 |
| 888335 | 2/28/2006 | $ 991.80 | 41069 |
| 878965 | 1/25/2006 | $ 6,703.20 | 00B0661953 |
| 878966 | 1/25/2006 | $ 7,154.00 | 00B0661953 |
| 880466 | 1/30/2006 | $ 8,870.40 | 00B0661953 |
| 880768 | 1/31/2006 | $ 7,660.80 | 00B0661953 |
| 880769 | 1/31/2006 | $ 13,700.40 | 00B0661953 |
| 880770 | 1/31/2006 | $ 15,246.00 | 00B0661953 |
| 880771 | 1/31/2006 | $ 5,518.80 | 00B0661953 |
| 882360 | 2/7/2006 | $ 3,679.20 | 00B0661953 |
| 882765 | 2/8/2006 | $ 28,274.40 | 00B0661953 |
| 883391 | 2/10/2006 | $ 12,526.08 | 00B0661953 |
| 884633 | 2/15/2006 | $ 13,028.40 | 00B0661953 |
| 885342 | 2/17/2006 | $ 3,351.60 | 00B0661953 |
| 886518 | 2/22/2006 | $ 5,266.80 | 00B0661953 |
| 888221 | 2/28/2006 | $ 5,745.78 | 00B0661953 |
| 880327 | 1/30/2006 | $ 4,636.00 | 23033 |
| 881602 | 2/3/2006 | $ 1,143.00 | 23033 |
| 881617 | 2/3/2006 | $ 6,531.34 | 23033 |
| 881618 | 2/3/2006 | $ 4,530.68 | 23033 |
| 883520 | 2/10/2006 | $ 1,811.00 | 23033 |
| 883521 | 2/10/2006 | $ 7,633.88 | 23033 |
| 883959 | 2/13/2006 | $ 579.20 | 23033 |
| 884877 | 2/16/2006 | $ 189.84 | 23033 |
| 885247 | 2/17/2006 | $ 9,123.34 | 23033 |
| 886344 | 2/22/2006 | $ 12,476.38 | 23333 |
| 882033 | 2/6/2006 | $ 2,990.00 | PC075610 |
| 877657 | 1/20/2006 | $ 2,070.99 | 892074 |
| 881415 | 2/2/2006 | $ 1,850.35 | 892361 |
| 882058 | 2/6/2006 | $ 3,830.37 | 804050-10-432 |
| 882161 | 2/6/2006 | $ 1,609.00 | 892361 |
| 884619 | 2/15/2006 | $ 3,785.94 | 804050-14-426 |
| 885078 | 2/16/2006 | $ 5,631.50 | 892361 |
| 885429 | 2/17/2006 | $ 5,953.30 | 892361 |
| 886056 | 2/21/2006 | $ 3,389.38 | 804050-11-429 |
| 886057 | 2/21/2006 | $ 4,257.99 | 804050-15-433 |
| 886194 | 2/21/2006 | $ 3,378.90 | 892361 |
| 886619 | 2/22/2006 | $ 3,378.90 | 892361 |
| 887058 | 2/23/2006 | $ 4,505.20 | 892361 |
| 887599 | 2/24/2006 | $ 6,194.65 | 892361 |
| 888989 | 3/2/2006 | $ 6,677.35 | 892361 |
| | Total | $ 431,704.44 | |