UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
: Case No. 06-B-10354 (BRL)
In re            :
                 :
DANA CORPORATION, et al.,     :
                 : (Chapter 11)
        Debtor.  :
                 :
---------------------------------------------------------- x

## APPOINTMENT OF
## COMMITTEE OF EQUITY SECURITY HOLDERS

Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following equity security holders of the above-captioned debtors being among the largest equity security holders who are willing to serve are appointed to the committee of equity security holders:

1. Harbinger Capital Master Fund I, Ltd.
   555 Madison Avenue, 16th Floor
   New York, New York 10027
   Attention: Lawrence M. Clark, Jr.
   (212) 521-6995

2. Appaloosa Management L.P.
   26 Main Street
   Chatham, New Jersey 07928
   Attention: Ronald Goldstein
   (973) 701-7000

3.  Brandes Investment Partners, L.P.
    11988 El Camino Real, Suite 500
    San Diego, California  92130
    Attention: Brent Woods
    (858) 523-6464

Dated: New York, New York
       June 27, 2006

                                        DIANA G. ADAMS
                                        ACTING UNITED STATES TRUSTEE

By:   /s/ Greg M. Zipes
      Greg M. Zipes (GMZ-4539)
      Attorney

      33 Whitehall Street, 21st Floor
      New York, New York  10004
      Tel. No. (212) 510-0500

2