UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -- - - - - - - - - - - - - - - - - - -X

In re                                        Chapter 11

    DANA CORPORATION, ET AL        Case No.: 06-10354 (BRL)

                      Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**<u>CONFIDENTIAL-SUBJECT TO BANKRUPTCY COURT ORDER</u>**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, SIGNED SEPTEMBER 12, 2007 (DOCUMENT NO.: 6157) DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.