**EXHIBIT F**

DANA CORPORATION

UNAUDITED PRO FORMA PROJECTED FINANCIAL INFORMATION[1]

In connection with the solicitation of certain votes on the Plan, and for purposes of demonstrating the feasibility of the Plan, the following financial projections (the "Projections") were prepared by the Debtors. The Projections were completed in June 2007. In August 2007, the Projections were updated to include actual results through June 2007 and to adjust the second half of 2007 to reflect the latest estimates at that time. The Projections were further modified on October 17, 2007 to reflect the revised emergence transactions as described in the Plan. The Projections reflect the Debtors' judgment as to the occurrence or nonoccurrence of certain future events and of expected future operating performance and business conditions, which are subject to change.

Except for purposes of this Disclosure Statement, the Debtors do not, as a matter of course, publish their business plans and strategies or forward-looking projections of financial position, results from operations, and cash flows. Accordingly, the Debtors, the Reorganized Debtors and new Dana Holdco do not intend to update or otherwise revise these Projections to reflect events or circumstances existing or arising after the date of these Projections or to reflect the occurrence of unanticipated events, nor to include such information in documents required to be filed with the SEC or to otherwise make such information public.

In connection with the development of the Plan, the Debtors prepared the Projections, with assistance from various professionals. The Projections assume that the Plan will be implemented in accordance with its stated terms. The Projections have not been audited or reviewed by independent accountants. The assumptions disclosed herein are those that the Debtors believe to be significant to the Projections. Although the Debtors are of the opinion that these assumptions are reasonable under current circumstances, such assumptions are subject to inherent uncertainties, such as the change in light and heavy vehicle production build rates, laws and regulations, foreign currency exchange rates, interest rates, inflation, commodity and material prices, general economic conditions and other factors affecting the Debtors' businesses. The impact of a change in any of these factors cannot be predicted with certainty. Consequently, actual financial results could differ significantly from projected results.

The Projections were prepared in good faith based on assumptions believed to be reasonable and applied in a manner consistent with past practices. The Projections should be read in conjunction with the Notes to Unaudited Pro Forma Projected Consolidated Financial Statements and qualifications contained herein, the risk factors described in Section XIV of the Disclosure Statement and the historical consolidated financial information (including the notes and schedules thereto) and other information set forth in Dana's Annual Report on Form 10-K for the year ended December 31, 2006 and in the Quarterly Report on Form 10-Q for the six months ended June 30, 2007, each as previously filed with the SEC and included in Exhibit C of the Disclosure Statement.

The Projections reflect the Debtors' estimate of Dana's expected consolidated financial position, results of operations and cash flows of the Debtors in 2007 and for New Dana Holdco beginning in 2008. The Projections reflect Dana's consolidated unaudited actual results of operations for

---

[1] Capitalized terms, unless elsewhere herein defined, have the meanings given to them in the Dana Corporation First Amended Disclosure Statement with Respect to First Amended Joint Plan of Reorganization of Debtors and Debtors in Possession.

the first six months of 2007 and the estimated consolidated results of operations and cash flows of Dana for the period July 1, 2007 through December 31, 2007 and its financial position as of December 31, 2007.  The Projections assume an Effective Date for the Plan of January 1, 2008.  The Projections assume, consistent with the Plan provisions, which, as of the effective date of January 1, 2008, New Dana Holdco will be formed to implement the Plan. The Projections assume that the estimated projected financial performance of New Dana Holdco is appropriately presented using the projected consolidated balance sheet of Dana as of January 1, 2008.  The actual assets and liabilities and respective values that will comprise New Dana Holdco will be determined in connection with the Restructuring Transactions.

The Projections have been prepared on a basis consistent with the internal reporting currently utilized by Dana in the preparation of its consolidated financial statements, including the accounting for DCC and previously announced divestitures ("Discontinued Operations") on an equity basis. The Projections do not consider the potential effects of the application  of "fresh start" accounting as required by the American Institute of Certified Public Accountants (the "AICPA") Statement of Position 90-7, "Financial Reporting by Entities in Reorganization Under the Bankruptcy Code" ("SOP 90-7"), that may apply on the Effective Date.  Certain emergence transactions that may ultimately be charged to income under fresh start accounting have been directly charged to Stockholders' Equity/(Deficit).  These transactions include the settlement of the Debtors' OPEB liabilities and the potential recognition of Cancellation of Indebtedness Income.

The Projections herein include:

1. A pre-emergence projected consolidated statement of operations of Dana for the twelve months ended December 31, 2007 that reflects six months of unaudited actual results as of June 30, 2007 and the effects of projected pre-confirmation activities for the second half of the year;

    a. A pre-emergence projected consolidated statement of cash flows of Dana for the six months ending December 31, 2007;

2. A pre-emergence projected consolidated balance sheet of Dana as of December 31, 2007, which is based on the pre-emergence historical unaudited consolidated balance sheet as of June 30, 2007 adjusted to reflect estimated results of operations and cash flows for the second half of the year;

3. Post-Effective Date pro forma projected consolidated statements of operations of New Dana Holdco for the twelve months ended December 31, 2008, 2009, 2010, 2011 and 2012 reflecting the estimated effect of the Plan on the interest costs of New Dana Holdco after emerging from chapter 11;

4. Post-Effective Date pro forma projected consolidated balance sheets of New Dana Holdco as of December 31, 2008, 2009, 2010, 2011, and 2012 reflecting the estimated effect of the Plan on the capitalization of New Dana Holdco after emerging from chapter 11; and

5. Post-Effective Date pro forma projected consolidated statements of cash flows of New Dana Holdco for the twelve months ended December 31, 2008, 2009, 2010, 2011 and 2012  herein reflecting the cash flow effects of the aforementioned items.

THE PROJECTIONS WERE NOT PREPARED WITH A VIEW TOWARD COMPLIANCE WITH THE GUIDELINES ESTABLISHED BY THE AICPA, THE FINANCIAL ACCOUNTING STANDARDS BOARD (THE "FASB") OR THE RULES AND REGULATIONS OF THE SEC. FURTHERMORE, THE PROJECTIONS HAVE NOT BEEN AUDITED, REVIEWED OR SUBJECTED TO ANY PROCEDURES DESIGNED TO PROVIDE ANY LEVEL OF ASSURANCE BY DANA'S INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS, PRICEWATERHOUSECOOPERS LLP. WHILE PRESENTED WITH NUMERICAL SPECIFICITY, THE PROJECTIONS ARE BASED UPON A VARIETY OF ESTIMATES AND ASSUMPTIONS, WHICH, ALTHOUGH CONSIDERED REASONABLE BY MANAGEMENT, MAY NOT BE REALIZED AND ARE SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC AND COMPETITIVE UNCERTANTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE CONTROL OF DANA'S MANAGEMENT.  THESE UNCERTAINTIES INCLUDE, AMONG OTHER THINGS, THE ULTIMATE OUTCOME OF A CONFIRMED PLAN AND THE TIMING OF THE CONFIRMATION OF SUCH PLAN. CONSEQUENTLY, THE PROJECTIONS SHOULD NOT BE REGARDED AS A REPRESENTATION OR WARRANTY BY DANA, OR ANY OTHER PERSON, AS TO THE ACCURACY OF THE PROJECTIONS OR THAT THE PROJECTIONS WILL BE REALIZED. ACTUAL RESULTS MAY VARY MATERIALLY FROM THOSE PRESENTED IN THESE PROJECTIONS.  PARTIES-IN-INTEREST MUST MAKE THEIR OWN DETERMINATIONS AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE PROJECTIONS.

**Dana Corporation**
*Consolidated Financial Statement Projections*
*US$ Millions*
*Unaudited - Not in Accordance with GAAP*

| For the period ended December 31: | Notes | 2007 | | 2008 | | 2009 | | 2010 | | 2011 | | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | | | | | | | |
| SALES | | $ | 8,343 | $ | 8,653 | $ | 9,094 | $ | 8,677 | $ | 8,880 | $ | 9,066 |
| COST OF SALES | | | 7,883 | | 7,919 | | 8,248 | | 7,879 | | 8,060 | | 8,237 |
| Gross Profit | | | 460 | | 734 | | 846 | | 798 | | 820 | | 829 |
| | | | | | | | | | | | | |
| SG&A | m | | 353 | | 346 | | 364 | | 347 | | 355 | | 363 |
| Restructuring Charges | | | 218 | | 72 | | 22 | | 64 | | 3 | | 1 |
| Other Expense/(Income) | | | (39) | | (19) | | (20) | | (18) | | (18) | | (18) |
| **OPERATING INCOME (LOSS)** | | | **(73)** | | **335** | | **480** | | **405** | | **480** | | **482** |
| | | | | | | | | | | | | |
| Interest Expense | j, n | | 83 | | 129 | | 130 | | 130 | | 130 | | 130 |
| Interest Income | | | (40) | | (47) | | (48) | | (52) | | (61) | | (69) |
| Tax Expense/(Income) | g, o | | 63 | | 111 | | 123 | | 129 | | 138 | | 148 |
| Equity Loss/(Gain) | | | (24) | | (11) | | (16) | | (13) | | (16) | | (17) |
| Minority Interest Expense/(Income) | | | 11 | | 5 | | 5 | | 5 | | 5 | | 5 |
| Unusual Items Expense/(Income) | | | (15) | | 0 | | 11 | | (0) | | (0) | | (0) |
| Reorganization Items, Net | p | | 116 | | 87 | | - | | - | | - | | - |
| Discontinued Ops Loss/(Gain)* | | | 84 | | - | | - | | - | | - | | - |
| **NET INCOME (LOSS)** | | $ | **(350)** | $ | **60** | $ | **274** | $ | **205** | $ | **283** | $ | **284** |
| | | | | | | | | | | | | |
| EBITDAR | | | **430** | | **701** | | **818** | | **796** | | **816** | | **828** |
| EBITR | | | **145** | | **407** | | **502** | | **469** | | **483** | | **484** |

4

**Dana Corporation**
*Consolidated Financial Statement Projections*
*US$ Millions*
*Unaudited – Not in Accordance with GAAP*

### BALANCE SHEET

| As of December 31: | Notes | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | | |
| *Current Assets* | | | | | | | |
| Cash & Cash Equivalents | a | $ 923 | $ 1,025 | $ 1,150 | $ 1,347 | $ 1,531 | $ 1,734 |
| Cash Deposits | b | 110 | 38 | - | - | - | - |
| Accounts Receivable-Trade | | 1,139 | 1,257 | 1,336 | 1,276 | 1,319 | 1,347 |
| Accounts Receivable-Other | c | 307 | 298 | 298 | 298 | 298 | 298 |
| Inventory | | 694 | 761 | 809 | 782 | 817 | 836 |
| Other Current Assets | d, g | 130 | 120 | 120 | 120 | 120 | 120 |
| **Total Current Assets** | | **3,304** | **3,499** | **3,714** | **3,823** | **4,085** | **4,335** |
| Property, Plant & Equipment, gross | | 4,604 | 4,941 | 5,284 | 5,627 | 5,935 | 6,255 |
| Accumulated Depreciation | | (2,809) | (3,103) | (3,418) | (3,746) | (4,079) | (4,423) |
| **Property, Plant & Equipment, net** | d | **1,794** | **1,838** | **1,866** | **1,881** | **1,856** | **1,833** |
| Investment in Affiliates | e | 432 | 179 | 195 | 208 | 224 | 241 |
| Goodwill | d | 423 | 422 | 422 | 422 | 422 | 422 |
| Other Noncurrent Assets | f, g | 583 | 596 | 577 | 561 | 547 | 534 |
| **Total Noncurrent Assets** | | **1,437** | **1,197** | **1,194** | **1,191** | **1,194** | **1,197** |
| **Total Assets** | | **$ 6,536** | **$ 6,535** | **$ 6,774** | **$ 6,895** | **$ 7,135** | **$ 7,365** |
| **LIABILITIES & STOCKHOLDERS' EQUITY** | | | | | | | |
| *Current Liabilities* | | | | | | | |
| Notes Payable | | 23 | 23 | 23 | 23 | 23 | 23 |
| Accounts Payable | | 847 | 929 | 983 | 954 | 985 | 1,008 |
| Accrued Payroll | | 223 | 260 | 272 | 261 | 268 | 273 |
| Accrued Income Taxes | g | 147 | 147 | 147 | 147 | 147 | 147 |
| Other Accrued Liabilities | h | 445 | 535 | 511 | 543 | 538 | 535 |
| **Total Current Liabilities** | | **1,686** | **1,894** | **1,936** | **1,928** | **1,961** | **1,985** |
| Deferred Benefits & Other | | 467 | 427 | 376 | 327 | 277 | 226 |
| Revolver | i | 125 | 125 | 125 | 125 | 125 | 125 |
| DIP Term Loan | | 900 | - | - | - | - | - |
| Other Long Term Debt | j | 13 | 1,352 | 1,352 | 1,352 | 1,352 | 1,352 |
| Minority Interest | | 96 | 102 | 107 | 113 | 118 | 124 |
| **Total Liabilities** | | **3,287** | **3,900** | **3,896** | **3,845** | **3,833** | **3,812** |
| Liabilities Subject to Compromise | k | 3,978 | 0 | 0 | 0 | 0 | 0 |
| **Total Stockholders' Equity / (Deficit)** | k, l | **(730)** | **2,635** | **2,878** | **3,051** | **3,302** | **3,554** |
| **Total Liabilities & Stockholders' Equity / (Deficit)** | | **6,536** | **6,535** | **6,774** | **6,895** | **7,135** | **7,365** |

**Dana Corporation**
*Consolidated Financial Statement Projections*
US$ Millions
*Unaudited - Not in Accordance with GAAP*

For the period ended December 31:

| STATEMENT OF CASH FLOWS | Notes | 6 Months 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|
| Net Income/(Loss) | | (125) | 60 | 274 | 205 | 283 | 284 |
| *Non-Cash Items:* | | | | | | | |
| Depreciation and Amortization | | 146 | 294 | 315 | 327 | 333 | 344 |
| *Changes in Working Capital:* | | | | | | | |
| Accounts Receivable Trade | c | 272 | (118) | (79) | 60 | (43) | (28) |
| Accounts Receivable Other | | (10) | 9 | - | - | - | - |
| Inventory | | 79 | (67) | (48) | 27 | (35) | (19) |
| Other Current Assets | | 11 | 10 | - | - | - | - |
| Accounts Payable | | (298) | 82 | 54 | (29) | 31 | 23 |
| Accrued Payroll | | (15) | 36 | 12 | (10) | 7 | 5 |
| Other Accrued Liabilities | | 1 | 90 | (24) | 32 | (4) | (4) |
| Other Assets & Liabilities | | (0) | 206 | (43) | (41) | (48) | (49) |
| **Net Cash from Operations** | | **62** | **602** | **462** | **571** | **524** | **555** |
| Purchases of Property, Plant and Equipment | q | (219) | (341) | (357) | (351) | (312) | (321) |
| Proceeds from Divestitures and Asset Sales | | 78 | 3 | 14 | 9 | 5 | - |
| **Net Cash Flows from Investing Activities** | | **(141)** | **(338)** | **(343)** | **(343)** | **(308)** | **(321)** |
| Note Payable | | (13) | - | - | - | - | - |
| DIP Revolver | i | 125 | - | - | - | - | - |
| DIP Term Loan | r | - | (900) | - | - | - | - |
| Long Term Debt | | - | 1,339 | - | - | - | - |
| Dividends Paid | s | - | (32) | (32) | (32) | (32) | (32) |
| Other | | - | 3,336 | - | - | - | - |
| Liabilities Subject to Compromise | | - | (3,978) | - | - | - | - |
| **Net Cash Flows from Financing Activities** | | **112** | **(235)** | **(32)** | **(32)** | **(32)** | **(32)** |
| Beginning Non-Restricted Cash Balance | | 891 | 923 | 1,025 | 1,150 | 1,347 | 1,531 |
| Net Increase/(Decrease) in Cash | | 32 | 30 | 88 | 197 | 184 | 203 |
| Change in Cash Deposits | | - | 72 | 38 | - | - | - |
| **Ending Non-Restricted Cash Balance** | | **$ 923** | **$ 1,025** | **$ 1,150** | **$ 1,347** | **$ 1,531** | **$ 1,734** |

6

Notes to Unaudited Pro Forma Projected Consolidated
Financial Statements
(in millions)

a. The estimated cash effects of emergence are assumed to take place on January 1, 2008 and are summarized as follows:

- New Equity Investment of $790;
- Total funded Exit Facility financing of $1,339;
- Repayment of the $900 DIP Credit Agreement;
- UAW Union Retiree VEBA Contribution and the USW Union Retiree VEBA Contribution totaling approximately $714 ($764 reduced for estimated payments of $50 made during the second half of 2007);
- Remaining Non-Union Retiree VEBA Contribution of $53;
- Payment of Administrative and Priority Claims in the amount of $122;
- Payment of professional fees held back during the Chapter 11 bankruptcy, estimated success fees, and transaction fees, totaling approximately $144;
- Settlement of Convenience Class of claims of approximately $10;
- Payment for asbestos claims of approximately $9;
- Contract cure payments of approximately $17;
- Estimated cash payment of $115 to settle all outstanding obligations of DCC;
- Payment of $40 to Ineligible Unsecured Claims as provided for in the Plan of Reorganization; and
- Other payments for miscellaneous claims and settlements of $11.

**Sources of Cash:**
| | |
|---|---:|
| Unrestricted Projected Cash as of December 31, 2007 | $ 923 |
| New Equity Investment | 790 |
| Exit Facility | 1,339 |
| Total Sources of Cash | 3,052 |

**Uses of Cash:**
| | |
|---|---:|
| DIP Credit Agreement | (900) |
| UAW and USW VEBA Contributions | (714) |
| Non-Union Retiree VEBA Contribution | (53) |
| Administrative and Priority Claims | (122) |
| Professional and Transaction Fees | (144) |
| Convenience Class Payment | (10) |
| Asbestos Payments | (9) |
| Contract Cures | (17) |
| DCC Funding | (115) |
| Payments to Ineligible Unsecured Claims | (40) |
| Other | (11) |
| Total Uses of Cash at Emergence | (2,135) |
| Net Cash at Emergence | $ 917 |

b.  Cash deposits are amounts restricted in support of Letters of Credit, insurance programs and other obligations.

c.  Accounts Receivable – Other includes amounts for customer tooling receivables, deferred receivables, tax receivables and asbestos related insurance receivables.

d.  Property, Plant Equipment, Other Current Assets, and Goodwill have been valued at their historical net book value. Depreciation and amortization in years 2008-2012 have been calculated based on those book values using methods consistent with past company practices. The Company intends to obtain independent appraisals for determining the fair value of these assets as part of its efforts to assign fair values in "fresh start" accounting as of the Effective Date. The nature, value and length of depreciable or amortizable lives resulting from the appraisals could differ materially from the historical net book values.

e.  Investment in Affiliate represents Dana's equity interest in the historical net book value and projected earnings of unconsolidated subsidiaries, including the net asset value of DCC at the amount expected to be realized upon the sale of the remaining underlying portfolio of assets. It has been assumed that the net realizable value of DCC at emergence of $264 is further reduced giving effect to the elimination of the DCC claims and the payment in full of the outstanding DCC Bonds under the Plan.

f.  Other Noncurrent Assets includes intangible assets, pension assets, debt issuance expenses, long-term insurance receivables (including amounts for asbestos), trademarks, patents and other miscellaneous long-term assets.

g.  The Projections make no assumptions regarding the timing differences in the recognition of book and statutory tax income/expense. Accordingly, the projected balances assume that the fair value of deferred income tax assets and liabilities is equal to their historical net book values. The historical book value of Dana's United States deferred income tax assets assumes a full valuation allowance on those assets. The amount of deferred income tax assets and liabilities available upon emergence and thereafter could differ materially from the assumed amounts.

h.  Other Accrued Liabilities includes amounts for warranty reserves, restructuring expenses, legal and professional fees, pension liabilities and miscellaneous accruals.

i.  The Revolver represents estimated borrowings under the European Revolving Line of Credit which closed during the third quarter of 2007.

j.  Other Long Term Debt represents (i) various worldwide borrowings of approximately $13 in the aggregate and (ii) estimated proceeds from the Exit Facility as contemplated in the Plan. The Exit Facility is assumed to comprise a revolving credit facility and term loan. For purposes of these Projections the amount of funded debt provided by the Exit Facility is assumed to be a $1,339 term loan which would be equal to the maximum level provided for in the Plan Support Agreement. An interest rate of 7.9% (assumed LIBOR + 250 bps) has been assumed and applied to the loans. The actual amount of proceeds could differ materially from this estimate, as could the actual interest rate.

k.  No assumptions have been made as to the settlement of General Unsecured Claims or the accounting treatment, including Cancellation of Debt Income, which may result from the settlement of these amounts. The Projections assume the payment of Secured, Priority,

        Convenience Class and Administrative Claims at emergence (please see Note A for further detail). The Projections account for the elimination of these obligations at emergence as a credit to Stockholders' Equity/(Deficit). The estimation standards and the accounting recognition of claims may differ from the amounts of claims allowed for Plan purposes. Actual allowed unsecured claims may be materially different.

l.     Stockholders' Equity/(Deficit) includes the set off of Liabilities Subject To Compromise described above but does not make any assumptions as to the issuance of common or preferred shares or any other security of New Dana Holdco. The actual amount of New Dana Holdco Stockholders' Equity/(Deficit) will be subject to future adjustment depending on Bankruptcy Court action, the determination of Reorganization value under "fresh start" accounting, settlement of Liabilities Subject to Compromise, further developments with respect to Disputed Claims and/or other events.

m.     Restructuring Charges include amounts associated with ongoing operational restructurings, non-core asset sales, costs associated with current SG&A cost reduction initiatives and expected future manufacturing footprint optimization activities.

n.     Interest Expense is calculated at an assumed rate of 7.9% (assumed LIBOR + 250 bps) on the DIP Credit Agreement, Exit Facility and miscellaneous foreign debt.

o.     Tax Expense is estimated on a regional basis, except for North America where it is projected at the country level (US, Canada, and Mexico). Regional tax expenses are based on an estimated weighted average of the effective tax rates for the countries within each region. Canadian taxes are based on statutory rates and applied only when there is positive pre-tax income. Regional and Canadian taxes do not contemplate the use of carry-forward NOLs, tax credits, or other tax attributes that could serve to reduce cash taxes paid. For fiscal year 2007, Mexican taxes are calculated as pre-tax income multiplied by a statutory tax rate of 29%. For 2008 forward, taxes for Mexico have been calculated assuming operations would be primarily held in a Maquiladora structure. Therefore, Mexican taxes are assumed to be 2% of projected sales multiplied by the statutory rate of 29%. It has been assumed that the United States will not pay cash taxes for fiscal year 2007. For 2008 forward, United States tax expense is a combination of income tax on projected United States taxable income and estimated taxes withheld as a result of the repatriation of cash from foreign Affiliates. United States income taxes were calculated by applying a 35% statutory rate to estimated taxable income after consideration of projected carry-forward NOLs on an L-6 basis. Foreign tax credits have been credited or deducted as appropriate for each fiscal year.

p.     Reorganization Items, Net includes amounts for legal and other professional fees expected to be incurred during the bankruptcy process. Professional fees assumed after the emergence date are estimates for claims administration expenses. Fees contemplated under the New Investment Agreement are also included.

q.     The Projections assume the sales of the remaining Discontinued Operations in the third quarter of 2007. Proceeds are assumed to be $69.

r.     Cash used by DIP Term Loan represents repayment of the DIP Credit Agreement. The amount of the DIP Credit Agreement outstanding on the Effective Date could differ materially from this estimate.

s.  Cash used for Dividends Paid represents dividends payable on $790 of New Preferred Stock under the New Investment Agreement.