JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Corinne Ball (CB 8203)
Richard H. Engman (RE 7861)

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Heather Lennox (HL 3046)
Carl E. Black (CB 4803)
Ryan T. Routh (RR 1994)

JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3053
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
Jeffrey B. Ellman (JE 5638)

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11
                                                             :
Dana Corporation, *et al.*,                                  :    Case No. 06-10354 (BRL)
                                                             :
                                    Debtors.                 :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x

## <u>DECLARATION OF JONATHAN R. TERRELL</u>

Jonathan R. Terrell declares and states:

1.      I am over eighteen years of age and competent to testify on the matters set forth in

this declaration.  I have personal knowledge of the facts set forth in this declaration.

**Background and Experience**

2.      I am currently the President of The Kenesis Group, LLC ("Kenesis"). Kenesis was founded in 2002 to provide a wide range of services to assist clients with their insurance-related liability management. We have helped many companies develop strategies related to the management of insurance assets and risk-transfer. Among the services that we provide are valuing insurance assets, determining how that insurance may cover certain risks, and assessing the credit risk of the associated insurance companies.

3.      I received my B.A. degree from Newcastle University in England in 1984. I am a Fellow of the Institute of Chartered Accountants in England. After graduating, I worked in the accountancy practices of Price Waterhouse and Ernst & Young. After that, I served as a vice president in JPMorgan's Capital Strategy and Quantitative Analysis Group. And before founding Kenesis, I was an executive vice president with Zurich Financial Services. At Zurich, I developed and was responsible for the Focused Strategies Group, a division that brought together engineers, attorneys, and financial analysts specializing in the valuation of complex insurance liabilities. I have extensive experience in the valuation of insurance assets and the allocation of insurance to cover a variety of risks, including exposure to asbestos.

**Insurance Coverage and Allocation Services Provided to Dana**

4.      Kenesis has periodically provided insurance analysis services to Dana at the direction of Dana's in-house and outside insurance counsel. In March 2007, Kenesis prepared a report reviewing the availability of insurance coverage for estimated liabilities arising from pending and projected Asbestos Personal Injury Claims[1] filed or expected to be filed through

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Debtors' Third Amended Joint Plan of Reorganization.

2021. The analysis was based on data from Navigant Consulting estimating the costs related to those claims.

5. Dana, along with a number of its insurers, is a signatory to the Agreement Concerning Asbestos-Related Claims dated June 19, 1985 (the so-called "Wellington Agreement"). It has other coverage-in-place agreements with a number of its insurers that were not signatories to the Wellington Agreement. Under the Wellington Agreement and the other coverage-in-place agreements, Dana and the insurers have agreed that Asbestos Personal Injury Claims are covered by the insurers' policies and have established the way in which those claims will be processed and paid. The pending and projected costs were allocated to Dana's available insurance coverage in a manner consistent with those agreements. Kenesis analyzed the allocation results to determine recoverability of the allocated amounts, taking into consideration existence of coverage-in-place agreements, commutations, insolvencies, and retrospective premium information. Based on the agreements and its knowledge of insurers' practices under the Wellington Agreement, Kenesis treated the liability allocated to policies written by carriers subject to the Wellington Agreement or other coverage-in-place agreements as recoverable. Because policies subject to these coverage-in-place agreements affect over 74% of Dana's insurance program, we assumed that the insurers who have not yet entered into agreements with Dana would respond on a similar basis.

6. The availability of commuted coverage was determined based on the specifics of the individual commutation agreements such that Dana is responsible for allocated amounts up to the value of the agreement or is responsible for all amounts allocated to the coverage at-issue. We also considered that certain insurance policies posed a risk that their coverage would not be available to Dana, because certain carriers that provided coverage to Dana are now insolvent or

are in insolvency proceedings. Where liability is allocated to London Market policies with insolvent participants, we assumed that the insurance would not be recoverable even though Dana will recover some portion of its coverage on claims against open insolvent estates through future payments. Per the Wellington Agreement, Dana is not responsible for amounts allocated to insolvent domestic carriers. Of Dana's domestic coverage that is remaining and available to pay on Asbestos Personal Injury Claims, we find that 74% is written by carriers with an A.M. Best rating of A- (Excellent) or above. Lastly, the analysis considers the effect that remaining retrospective premiums have on the recoverability of certain policies.

7.     Last winter, Kenesis was provided with Navigant's report projecting a range of indemnity and defense costs for pending and future claims of between $133 million and $200 million. We were asked to estimate the amount of insurance Dana would recover for the $133 million estimate plus $8 million in estimated settled but unpaid claims. Based on the estimate of Dana's total asbestos liability for settled, pending, and future Asbestos Personal Injury Claims of $141 million, Kenesis calculated that the amount recoverable from solvent, unexhausted, and non-commuted coverage would be $71.9 million. We further estimated that $10.5 million of Dana's share of the liability is due to remaining obligations related to the retrospective premiums. A copy of the Kenesis report is attached hereto as Exhibit A and is incorporated herein by reference.

8.     Kenesis was recently asked to estimate Dana's insurance recovery using Navigant's $200 million figure. Using the methodology applied last winter, and based on the $200 million estimate of costs on claims filed through 2021 plus $8 million in estimated settled but unpaid claims, we determined that Dana would recover approximately $104 million. Kenesis recently was informed that Navigant had extended its estimate for future claims filed through

2049 and provided an estimate of $295 million for pending, future, and settled but not paid claims under that scenario. Kenesis was asked to estimate Dana's insurance recovery using this figure. We determined that Dana would recover approximately $145 million from insurance proceeds.

9.      We were also recently provided with certain alternative assumptions regarding Dana's future asbestos exposure and were asked to assess the insurance coverage likely to be recoverable at those levels of estimated asbestos liability. We were asked to determine the recovery on those amounts on an aggregate basis. We determined that if Dana's estimated liability was $447 million, its estimated insurance recovery would be approximately $228 million, and if Dana's estimated liability was $690 million, its estimated insurance recovery would be approximately $449 million.

10.     The numbers and calculations described in this Declaration are based on nominal dollars and have not been reduced to a net present value.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2007

_____
Jonathan R. Terrell



DT 202.772.1943   DF 202.772.1944   E-Mail Address: delagranl@kenesisgroup.com

March 1, 2007

Mike DeBacker, Esq.
General Counsel
Dana Corporation
4500 Dorr St.
Toledo, OH 43615

Re:    Analysis of Insurance Recoverable on Asbestos Liability

Dear Mike:

## 1.    Background and Qualifications

I am a Vice-President with The Kenesis Group, LLC ("Kenesis"), an insurance consulting firm that provides a wide array of financial, strategic and operational consulting services to assist clients in their insurance-related asset and liability management. Kenesis' offices are located at 1100 New York Ave, N.W., Suite 650 East, Washington, DC 20005. I have been retained by Dana Corporation ("Dana") to provide insurance analysis, which was performed by me or by employees of Kenesis under my direct supervision.

I have no financial interests in, nor am I an employee of, Dana.

I have over twenty years of economic and financial services experience, and have specific expertise in the insurance industry. At Kenesis, I advise clients on their insurance-related asset and liability management strategy and specialize in the complex allocation of long-tail liabilities, such as asbestos-related liabilities, to insurance coverage. Kenesis' clients include Fortune 500 companies and Kenesis has made numerous representations in asbestos-related proceedings.

Prior to joining Kenesis in 2002, I was a Senior Manager with Arthur Andersen, where for six years I was responsible for directing large insurance recovery projects on behalf of policyholders. In addition, I worked for five years as an economic consultant providing litigation support at the law firm of Hogan & Hartson. I have a bachelor of science degree in economics and masters degrees in economics and in international public policy.

Privileged and Confidential

CONFIDENTIAL
DANA-0050254

1100 New York Avenue NW, Suite 650-East ▪ Washington, DC 20005 ▪ (202) 772-2300 ▪ fax (202) 772-2333

2.   Scope of the Engagement

I was asked by Dana to review the availability of insurance coverage for pending and future asbestos product liabilities.

3.   Assumptions

Navigant Consulting provided the estimated indemnity and defense costs paid from 2007 through 2026 for Dana's pending and future asbestos bodily injury claims. See Tab 1. These costs were allocated to Dana's insurance coverage using the following assumptions:

- The coverage block is extended immediately to June 1, 1985.

- Costs from 2007 through 2012 were allocated for each year. Costs for years 2013 through 2022 were combined in two-year intervals for ease of allocation, as were the final four years from 2023 through 2026.[1]

4.   Allocation Model

Kenesis requested that Navigant Consulting ("Navigant") perform the allocations based on the above assumptions and on the following:

- Allocation assumptions pursuant to the Wellington Agreement.

# REDACTED

- Information regarding Wellington non-signatory carriers with whom Dana has coverage-in-place agreements ("settled" or "paying" non-signatories).[4] See Tab 2.

---

[1] The estimated defense to indemnity ratio for the years 2013 through 2026 is steady at 3:1.

# REDACTED

---

[4] Allstate/Northbrook is allocated costs on a non-signatory basis: each insurer is allocated in proportion to its unexhausted days in the exposure period in the coverage block divided by the total number of unexhausted days in the exposure period in the coverage block. For the allocations to Allstate, absolute asbestos excluded policies, insolvent

(Continued ...)

Privileged and Confidential

CONFIDENTIAL
DANA-0050255

- Post-6/1/1976 exhaustion of primary policies per Dana. See Tab 3. Also, partial exhaustion of Northbrook policy 63004653 per Dana's agreement with Allstate.

To run the allocations, Navigant used the current unbundled claims model that is used to allocate expenses for billing purposes.

Additional assumptions incorporated into the allocation model include:

- The percentage of claims that are outside of coverage and therefore are allocated to Dana. These percentages are based on exposure information available for claims that were pending as of June 30, 2006.

  - For example, for each dollar of costs, 0.156 cents is allocated to Dana because first exposure dates are assumed to fall outside of coverage.

- Exhaustion of policies in the current coverage block is based on remaining limits as of the November 2006 unbundled bill.

5.    Kenesis Review of Allocation to Coverage

Kenesis classified Dana's policies according to whether the carriers are signatory or paying non-signatory carriers, and further broke down the London policies into signatory (solvent) subscribers, commuted subscribers (Equitas and Excess) and insolvent subscribers.

Kenesis reviewed the allocation results for reasonableness and confirmed the assumptions used. Kenesis then classified the liability allocated to policies as follows:

- Liability allocated for which insurance is recoverable ("Paying"):

  - Signatory carriers (including solvent London subscribers)
  - Paying non-signatory carriers

---

(... Continued)

policies and commuted policies (Home) are treated as available to the extent not exhausted. Allocations to AIG Group, Transport Indemnity and Northwestern National are done on the assumption that all insurers signed the Wellington Agreement. For the allocations to these carriers, absolute asbestos excluded policies, insolvent policies and commuted policies (Home) are treated as uninsured periods.

CONFIDENTIAL
DANA-0050256

- Liability allocated for which insurance is not recoverable:

  - London insolvents (insolvent subscribers as of January 2007)[5]
  - Commuted (Equitas and Excess)
  - "Dana" claims falling outside of coverage (Producer)
  - Retrospective premium. See Tab 4 for the calculation of the retrospective premium payable by Dana. Retrospective premiums were calculated as follows:
    - Dana provided Kenesis with the remaining product aggregates on the post-1976 primary policies, as well as the remaining amounts on the retrospective premiums payable by Dana for the same primary policies. See Tab 3.
    - Navigant provided Kenesis with the amount of defense and indemnity costs allocated to each of the post-1976 primary policies. See Tab 4.
    - Kenesis determined whether the total allocation to each primary policy ("A: Total Allocation" in Tab 4) was greater than the amount of the remaining retrospective premium ("B: Remaining Retro Premium" in Tab 4). If not, then the total allocation ("A") would be charged back to Dana (this amount appears in the "Dana" column in Tab 4). If the total amount allocated is greater than the amount that can be charged back to Dana in the form of retrospective premiums, then Hartford is expected to pay the difference between the total allocation and the remaining retrospective premium (this amount appears in the "Hartford" column of Tab 4).

---

[5] The assumption that no amount will be recovered from insolvent London subscribers is a conservative one. In many cases where a subscriber is insolvent, a fixed percentage of a claim is paid. Additional monies may also be forthcoming from insolvent Schemes as payment against future claims, as the Schemes resolve their potential liabilities in an effort to close the Scheme.

CONFIDENTIAL
DANA-0050257

6.    <u>Analysis of Insurance Recoverable on Asbestos Liability</u>

Dana's total asbestos liability for pending and future claims is estimated to be $141 million. Kenesis has calculated that, given the assumptions outlined above, the amount recoverable from solvent Wellington signatory carriers and non-signatory carriers with coverage-in-place agreements with Dana would be $71.9 million (or 51% of Dana's total estimated $141 million in indemnity and defense costs). <u>See</u> Tab 5 for a full analysis of Dana's expected recovery from insurance carriers.


_____          3/1/07
                                          _____
Leslie Delagran                          Date
Vice President
The Kenesis Group, LLC

CONFIDENTIAL
DANA-0050258

| Attachment | Tab |
|---|---|
| Asbestos-Related Liability for Pending & Future Claims | 1 |
| Non-Signatory Carriers with Coverage-in-Place Agreements | 2 |
| Policies Subject to Future Retrospective Premium Charges | 3 |
| Calculation of Retrospective Premium | 4 |
| Analysis of Insurance Recoverable | 5 |
| Resume of Leslie Delagran | 6 |

CONFIDENTIAL
DANA-0050259

Dana: Asbestos-Related Liability for Pending and Future Claims ($ thousands)

| Year | Pending* | | | Future* | | | Settled But Not Billed** | Total*** | | | Cumulative Total | Defense % Total | Defense/ Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Indemnity | Defense | Total | Indemnity | Defense | Total | Indemnity | Indemnity | Defense | Total | | | |
| 2007 | $602 | $3,909 | $4,511 | $380 | $2,469 | $2,849 | $4,972 | $5,954 | $6,379 | $12,333 | $12,333 | 51.7% | 1.07 |
| 2008 | $3,195 | $18,889 | $22,084 | $1,027 | $6,075 | $7,103 | $2,901 | $7,123 | $24,964 | $32,087 | $44,420 | 77.8% | 3.50 |
| 2009 | $2,064 | $11,003 | $13,067 | $1,168 | $6,226 | $7,394 | $0 | $3,232 | $17,229 | $20,461 | $64,881 | 84.2% | 5.33 |
| 2010 | $1,135 | $5,390 | $6,526 | $1,271 | $6,033 | $7,303 | $0 | $2,406 | $11,423 | $13,829 | $78,710 | 82.6% | 4.75 |
| 2011 | $684 | $2,851 | $3,535 | $1,246 | $5,190 | $6,436 | $0 | $1,930 | $8,040 | $9,971 | $88,681 | 80.6% | 4.17 |
| 2012 | $702 | $2,515 | $3,217 | $1,244 | $4,458 | $5,703 | $0 | $1,946 | $6,973 | $8,920 | $97,601 | 78.2% | 3.58 |
| 2013-14 | $0 | $0 | $0 | $2,409 | $7,227 | $9,636 | $0 | $2,409 | $7,227 | $9,636 | $107,237 | 75.0% | 3.00 |
| 2015-16 | $0 | $0 | $0 | $2,285 | $6,854 | $9,139 | $0 | $2,285 | $6,854 | $9,139 | $116,375 | 75.0% | 3.00 |
| 2017-18 | $0 | $0 | $0 | $2,150 | $6,451 | $8,601 | $0 | $2,150 | $6,451 | $8,601 | $124,976 | 75.0% | 3.00 |
| 2019-20 | $0 | $0 | $0 | $2,017 | $6,051 | $8,068 | $0 | $2,017 | $6,051 | $8,068 | $133,044 | 75.0% | 3.00 |
| 2021-22 | $0 | $0 | $0 | $1,613 | $4,838 | $6,451 | $0 | $1,613 | $4,838 | $6,451 | $139,495 | 75.0% | 3.00 |
| 2023-26 | $0 | $0 | $0 | $343 | $1,028 | $1,370 | $0 | $343 | $1,028 | $1,370 | $140,865 | 75.0% | 3.00 |
| Total | $8,383 | $44,557 | $52,940 | $17,153 | $62,899 | $80,052 | $7,873 | $33,408 | $107,457 | $140,865 | $140,865 | 76.3% | 3.22 |

* Source: DRAFT Projection of Dana Corporation's U.S. Asbestos-Related Liability for Future Claims, February 2007; R1 estimate.
** Source: PACE, 12/31/2006 Total Indemnity Estimate for Unbilled Liability, spread per S. Chowdhury 2/6/2007.
*** Indemnity and defense costs for 2011 and 2012 do not add to total due to rounding.

Privileged and Confidential

The Kenesis Group, LLC
March 1, 2007

CONFIDENTIAL
DANA-0050260

**Dana Corporation**
Non-Signatory Carriers with Coverage-in-Place Agreements

Carrier Name

AIU Insurance Company
American Home Assurance Co.
Granite State Insurance Co.
Ins. Co. of the State of PA
Lexington Insurance Company
National Union Fire Ins. Co. of Pittsburgh, PA
Northbrook Excess and Surplus Insurance Company
Northbrook Insurance Company
Northwestern National Ins. Co.
Transport Indemnity Company

# Dana Corporation

Policies Subject to Future Retrospective Premium Charges

| Carrier | Policy Number | Policy Period | Remaining Retrospective Premium[1] | Remaining Product Limits[2] |
|---|---|---|---|---|
| Associated Indemnity Corp. | LP2076894(C) | 6/1/1976 - 6/1/1977 | Closed; could be reopened | $0 |
| Associated Indemnity Corp. | LP2333135 | 6/1/1977 - 5/31/1978 | Closed; could be reopened | $0 |
| | | | | |
| Hartford Accident & Indemnity Company | 35JPRP10003E | 6/1/1978 - 6/1/1979 | $2,516,000 | $0 |
| Hartford Accident & Indemnity Company | 35JPRP10010E | 6/1/1979 - 5/31/1980 | $5,826,000 | $542,000 |
| Hartford Accident & Indemnity Company | 35JPRP10020E | 6/1/1980 - 6/1/1981 | $3,772,000 | $44,000 |
| Hartford Accident & Indemnity Company | 35JPRP10030E | 6/1/1981 - 5/31/1982 | $7,718,000 | $1,013,000 |
| Hartford Accident & Indemnity Company | 35JPRP10041E | 6/1/1982 - 5/31/1983 | $6,155,000 | $805,000 |
| Hartford Accident & Indemnity Company | 45JPRP10053E | 6/1/1983 - 5/31/1984 | $6,340,000 | $387,000 |
| Hartford Accident & Indemnity Company | 45JPRP10071E | 6/1/1984 - 5/31/1985 | $476,000 | $1,368,000 |
| Hartford Accident & Indemnity Company | 45JPRP10081E | 6/1/1985 - 5/31/1986 | $3,751,000 | $1,379,000 |
| | | Total | $36,554,000 | $5,538,000 |

[1] As of November 2005 per D. Rowland Miller.
[2] As of November 2005 per D. Rowland Miller except 6/1/1978-6/1/1979 per D. Bennice January 25, 2007.

The Kenesis Group, LLC
March 1, 2007

Privileged & Confidential

CONFIDENTIAL
DANA-0050262

Dana Corporation
Calculation of Retrospective Premium*

| Carrier Name | Annual Period | Per Occ Limit | Previously Exhausted Aggregate | Remaining Limit | A: Total Allocation | Expected Pay Year | Indemnity | Defense | B: Remaining Retro Premium | Retro Exhausted by Allocation? A>B? | Hartford | Diana |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Associated Indemnity Corp. | 1976 | | Exhausted per D. Rowland-Miller email of 6/20/2006 | | | | | | | | | |
| Associated Indemnity Corp. | 1977 | | Exhausted per D. Rowland-Miller email of 6/20/2006 | | | | | | | | | |
| Hartford Accident & Indemnity Co. | 1978 | | Exhausted per D. Bennice 1/25/2007 | | | | | | | | | |
| Hartford Accident & Indemnity Co. | 1979 | $2,000,000 | $1,458,000 | $542,000 | $651,633 $1,024,419 $1,676,052 | 2007 2008 | $314,589 $227,411 $542,000 | $337,044 $797,008 $1,134,052 | $5,826,000 | No | $0 | $651,633 $1,024,419 $1,676,052 |
| Hartford Accident & Indemnity Co. | 1980 | $2,000,000 | $1,956,000 | $44,000 | $91,141 $91,141 | 2007 | $44,000 $44,000 | $47,141 $47,141 | $3,772,000 | No | $0 | $91,141 $91,141 |
| Hartford Accident & Indemnity Co. | 1981 | $2,000,000 | $987,000 | $1,013,000 | $655,725 $1,706,014 $1,087,878 $735,265 $92,746 $4,277,629 | 2007 2008 2009 2010 2011 | $316,564 $378,718 $171,840 $127,923 $17,954 $1,013,000 | $339,161 $1,327,295 $916,038 $607,342 $74,792 $3,264,629 | $7,718,000 | No | $0 | $655,725 $1,706,014 $1,087,878 $735,265 $92,746 $4,277,629 |
| Hartford Accident & Indemnity Co. | 1982 | $2,000,000 | $1,195,000 | $805,000 | $657,586 $1,710,854 $682,104 $3,050,544 | 2007 2008 2009 | $317,463 $379,793 $107,745 $805,000 | $340,123 $1,331,061 $574,360 $2,245,544 | $6,155,000 | No | $0 | $657,586 $1,710,854 $682,104 $3,050,544 |
| Hartford Accident & Indemnity Co. | 1983 | $2,000,000 | $1,613,000 | $387,000 | $662,267 $303,066 $965,332 | 2007 2008 | $319,722 $67,278 $387,000 | $342,544 $235,788 $578,332 | $6,340,000 | No | $0 | $662,267 $303,066 $965,332 |
| Hartford Accident & Indemnity Co. | 1984 | $2,500,000 | $1,132,000 | $1,368,000 | $667,703 $1,737,176 $1,107,749 $746,696 $539,771 $482,871 $495,444 $84,280 $5,863,690 | 2007 2008 2009 2010 2011 2012 2013 - 2014 2015 - 2016 | $322,347 $385,636 $174,979 $130,260 $104,489 $105,356 $123,861 $21,072 $1,368,000 | $345,356 $1,351,540 $932,770 $616,436 $435,282 $377,515 $371,583 $63,207 $4,495,690 | $476,000 | Yes | $191,703 $1,737,176 $1,107,749 $746,696 $539,771 $482,871 $495,444 $84,280 $5,387,690 | $476,000 $0 $0 $0 $0 $0 $0 $0 $476,000 |
| | | | | | $15,924,388 | | $4,159,000 | $11,765,388 | $30,287,000 | | $5,387,690 | $10,536,698 |
| | | | | | $15,924,388 | | | | | | $5,387,690 | $15,924,388 |

*H Rule does not apply, coverage block extended immediately to 6/1/1985.

Privileged & Confidential

The Kenesis Group, LLC
March 1, 2007

CONFIDENTIAL
DANA-0050263

Dana Corporation:
Allocation by Carrier Type*
($ in thousands)

| Pay Year | Paying | | Total Paying | London Incidents*** | Commuted**** | Dana | | | Total | |
| | Signatory** | Paying Non-Sig | | | | Dana**** | Retro Premium***** | Total Dana | Total Dana Cumulative | Total | Total Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | $2,244 | $2,082 | $4,327 | $634 | $4,159 | $19 | $3,194 | $8,006 | $8,006 | $12,333 | $12,333 |
| 2008 | $6,575 | $6,147 | $14,722 | $1,727 | $10,844 | $50 | $4,744 | $17,365 | $25,372 | $32,087 | $44,420 |
| 2009 | $6,095 | $4,625 | $10,720 | $1,079 | $6,860 | $32 | $1,770 | $9,741 | $35,113 | $20,461 | $64,881 |
| 2010 | $4,581 | $3,126 | $7,706 | $729 | $4,636 | $22 | $735 | $6,123 | $41,235 | $13,829 | $78,710 |
| 2011 | $3,411 | $2,367 | $5,778 | $620 | $3,664 | $16 | $93 | $4,192 | $45,427 | $9,970 | $88,680 |
| 2012 | $2,963 | $2,463 | $5,427 | $478 | $3,000 | $14 | $0 | $3,492 | $48,919 | $8,919 | $97,599 |
| 2013 - 2014 | $3,361 | $2,137 | $5,498 | $650 | $3,473 | $15 | $0 | $4,138 | $53,057 | $9,636 | $107,235 |
| 2015 - 2016 | $3,240 | $1,663 | $4,903 | $717 | $3,504 | $14 | $0 | $4,236 | $57,293 | $9,139 | $116,374 |
| 2017 - 2018 | $2,960 | $1,610 | $4,571 | $588 | $3,329 | $13 | $0 | $4,030 | $61,324 | $8,601 | $124,975 |
| 2019 - 2020 | $2,783 | $1,517 | $4,300 | $649 | $3,107 | $13 | $0 | $3,768 | $65,092 | $8,068 | $133,043 |
| 2021 - 2022 | $2,301 | $986 | $3,288 | $619 | $2,535 | $10 | $0 | $3,163 | $68,255 | $6,451 | $139,494 |
| 2023 - 2026 | $496 | $190 | $685 | $140 | $543 | $2 | $0 | $686 | $68,941 | $1,371 | $140,865 |
| Total | $43,010 | $28,914 | $71,924 | $8,731 | $49,453 | $220 | $10,537 | $68,941 | | $140,865 | |

* H Rule does not apply; coverage block extended immediately to 6/1/1985.
** Amount paid (if any) by primary carriers is included.
*** Equitas and Excess Insurance Company Limited.
**** Producer allocated - claims trigger outside of coverage.
***** Dana Retrospective Premium payable on 1976-1984 primary policies.

Privileged & Confidential

The Kenesis Group, LLC
March 1, 2007

CONFIDENTIAL
DANA-0050264

Dana Corporation:
Allocation by Carrier Type*

| Pay Year | Paying | | | Dana | | | | | |
| | Signatory** | Paying Non-Sig | Total Paying | London Insolvents | Commuted*** | Dana**** | Retro Premium***** | Total Dana | Total Dana Cumulative | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | 18% | 17% | 35% | 5% | 34% | 0% | 26% | 65% | 65% | 100% |
| 2008 | 27% | 19% | 46% | 5% | 34% | 0% | 15% | 54% | 57% | 100% |
| 2009 | 30% | 23% | 52% | 5% | 34% | 0% | 9% | 48% | 54% | 100% |
| 2010 | 33% | 23% | 56% | 5% | 34% | 0% | 5% | 44% | 52% | 100% |
| 2011 | 34% | 24% | 58% | 6% | 35% | 0% | 1% | 42% | 51% | 100% |
| 2012 | 33% | 28% | 61% | 5% | 34% | 0% | 0% | 39% | 50% | 100% |
| 2013 - 2014 | 35% | 22% | 57% | 7% | 36% | 0% | 0% | 43% | 49% | 100% |
| 2015 - 2016 | 35% | 18% | 54% | 8% | 38% | 0% | 0% | 46% | 49% | 100% |
| 2017 - 2018 | 34% | 19% | 53% | 8% | 39% | 0% | 0% | 47% | 49% | 100% |
| 2019 - 2020 | 34% | 19% | 53% | 8% | 39% | 0% | 0% | 47% | 49% | 100% |
| 2021 - 2022 | 36% | 15% | 51% | 10% | 39% | 0% | 0% | 49% | 49% | 100% |
| 2023 - 2026 | 36% | 14% | 50% | 10% | 40% | 0% | 0% | 50% | 49% | 100% |
| Percent of Total | 31% | 21% | 51% | 6% | 35% | 0% | 7% | 49% | 49% | 100% |

* H Rule does not apply; coverage block extended immediately to 6/1/1985.
** Amount paid (if any) by primary carriers is included.
*** Equitas and Excess Insurance Company Limited.
**** Producer allocated - claims trigger outside of coverage.
***** Dana Retrospective Premium payable on 1976-1984 primary policies.

The Kenesis Group, LLC
March 1, 2007

Privileged & Confidential

CONFIDENTIAL
DANA-0050265

Dana Corporation:
Allocation by Carrier*

| Carrier | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013-2014 | 2015-2016 | 2017-2018 | 2019-2020 | 2021-2022 | 2023-2026 | Total | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAL. UNION | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $392,004 | $454,511 | $434,191 | $347,271 | $73,804 | $1,701,782 | Signatory |
| FIRST STATE | $0 | $1,419,967 | $1,507,591 | $1,479,952 | $1,086,969 | $954,494 | $978,664 | $789,458 | $612,024 | $584,928 | $467,754 | $99,429 | $9,961,108 | Signatory |
| LONDON | $6,845,213 | $17,988,600 | $11,418,882 | $7,717,693 | $5,887,470 | $5,034,539 | $6,000,999 | $6,195,865 | $5,910,565 | $5,519,515 | $4,633,527 | $1,006,141 | $84,144,010 | Paying Non-Sig |
| NAT. UNION FIRE | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $13,270 | $25,021 | $23,908 | $19,122 | $4,064 | $85,385 | Paying Non-Sig |
| NORTHBROOK | $1,733,695 | $5,239,378 | $4,046,207 | $2,734,715 | $2,085,523 | $2,210,940 | $1,878,014 | $1,360,715 | $1,289,082 | $1,209,197 | $740,289 | $137,205 | $24,673,960 | Paying Non-Sig |
| NORTHWESTERN NAT'L INS | $348,797 | $807,472 | $578,670 | $391,106 | $281,998 | $252,243 | $258,846 | $248,298 | $238,318 | $226,386 | $191,074 | $38,483 | $3,949,651 | Paying Non-Sig |
| TRANSPORT | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $31,853 | $60,061 | $57,388 | $45,900 | $9,755 | $204,358 | Paying Non-Sig |
| THE HARTFORD | $191,703 | $1,737,176 | $1,107,749 | $748,696 | $533,771 | $482,871 | $495,444 | $84,280 | $0 | $0 | $0 | $0 | $5,387,590 | Signatory |
| THE HARTFORD, DANA RETROSPECTIVE PREMIUM | $3,194,352 | $4,744,352 | $1,769,983 | $735,265 | $92,746 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $10,536,698 | Dana |
| PRODUCER | $18,240 | $50,056 | $31,919 | $21,573 | $15,553 | $13,914 | $15,032 | $14,257 | $13,418 | $12,566 | $10,064 | $2,139 | $219,750 | Dana |
| TOTAL | $12,333,000 | $32,087,000 | $20,461,000 | $13,829,000 | $9,970,000 | $8,919,000 | $9,636,000 | $9,130,000 | $8,661,000 | $8,068,000 | $6,451,000 | $1,371,000 | $140,865,000 | |

*H Rule does not apply; coverage block extended immediately to 6/1/1985.

The Keness Group, LLC
March 1, 2007

Privileged & Confidential

CONFIDENTIAL
DANA-0050266

## Dana Corporation: Allocation by Subscriber*

| Subscriber | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013-2014 | 2015-2016 | 2017-2018 | 2019-2020 | 2021-2022 | 2023-2024 | Total | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accident & Casualty | 581,182 | 211,212 | 134,694 | 591,029 | 565,627 | 558,709 | 560,203 | 557,759 | 554,980 | 552,643 | 542,106 | 58,949 | 5,919,694 | Signatory |
| Allbay (Britanic) | 172,445 | 9,193,538 | 176,248 | 165,327 | 181,517 | 555,002 | 556,903 | 556,642 | 553,966 | 550,341 | 540,349 | 58,554 | 5,845,799 | Signatory |
| Albany International | 3,360 | 52,645 | 31,191 | $605 | $3,743 | $784 | $65 | $254 | $402 | $604 | $2,648 | $754 | 114,275 | Signatory |
| American Home Assurance | 33,392 | 38,798 | 55,610 | 53,792 | 52,734 | 32,448 | 32,605 | 32,404 | 12,289 | 52,191 | 51,752 | $372 | 536,215 | London Insolvents |
| Andrew Weir | 153,310 | 395,817 | 167,656 | 167,656 | 121,016 | 108,259 | 111,912 | 106,033 | 99,666 | 92,653 | 74,073 | 15,742 | 1,695,792 | Signatory |
| Anglo French | $0 | 52,686 | 55,257 | 55,574 | 54,016 | 53,595 | 53,724 | 15,145 | 58,392 | 58,212 | 54,970 | 51,056 | 551,820 | Signatory |
| Appraisal | 344,952 | 5,116,953 | 574,576 | 550,405 | 536,339 | 532,559 | 533,328 | 531,975 | 530,439 | 529,140 | 523,507 | 54,953 | 5,588,876 | Signatory |
| Baloise Fire Ins. Co. | 152,338 | 532,055 | 120,406 | 513,632 | 59,972 | 58,621 | 519,021 | 58,626 | 58,399 | 56,093 | 56,474 | 51,378 | 5129,993 | London Insolvents |
| Bellefonte | 51,416 | 53,696 | 53,532 | 51,590 | 51,146 | 51,146 | 518,923 | 526,105 | 524,898 | 523,776 | 519,016 | 54,042 | 5127,782 | London Insolvents |
| Bermuda Fire & Marine | 515,726 | 550,508 | 531,212 | 521,955 | 520,080 | 514,948 | 543,797 | 537,006 | 555,377 | 554,422 | 552,154 | 514,862 | 5498,220 | London Insolvents |
| Bishopsgate | 510,710 | 527,865 | 517,769 | 512,009 | 58,658 | 57,745 | 57,939 | 57,617 | 57,252 | 56,341 | 55,552 | 51,180 | 5121,238 | Signatory |
| British National Life Insurance Society | $0 | $0 | $0 | $0 | 511,255 | 5940 | 5103 | 5309 | 5490 | 5732 | 5589 | $125 | 514,543 | London Insolvents |
| Brittany Ins. Co. | $0 | $0 | $0 | $0 | 55,627 | 5470 | $51 | 5154 | 5245 | 5386 | 5295 | $63 | 17,211 | Signatory |
| Bryanston | 5257 | 54,655 | 51,881 | 51,272 | 53,180 | 51,099 | 51,110 | 5325 | 5514 | 5735 | 55,519 | 51,728 | 521,925 | London Insolvents |
| C.F. and A.U. | 545,575 | 5220,048 | 5148,561 | 599,220 | 171,004 | 564,556 | 566,407 | 583,580 | 560,382 | 530,451 | 524,012 | 55,103 | 5869,651 | Signatory |
| CNA Reinsurance of London | 52,585 | 58,666 | 54,252 | 52,874 | 52,572 | 51,456 | 510,780 | 531,452 | 529,997 | 528,677 | 522,958 | 54,674 | 5116,516 | Signatory |
| Compagnie Europeenne d'Assurances Industrielles (CEAI) | $77 | 51,456 | 5565 | 5382 | 51,180 | 5322 | $135 | $154 | $164 | $247 | 51,790 | $522 | 56,845 | Signatory |
| Dart | 52,419 | 514,878 | 57,057 | 54,770 | 510,677 | 53,681 | 513,376 | 512,942 | 523,553 | 522,074 | 526,963 | 57,101 | 5163,378 | London Insolvents |
| Delvag Lloyd Non-Life | 5111,091 | 538,655 | 519,400 | 512,438 | 58,966 | 58,521 | 55,221 | 512,889 | 57,509 | 57,188 | 55,130 | 51,222 | 5125,147 | Signatory |
| Dominion | 5379,186 | 1,056,710 | 5663,408 | 5443,378 | 5340,340 | 5290,592 | 5362,467 | 5394,351 | 5372,376 | 5350,713 | 5302,153 | 585,464 | 4,672,849 | Signatory |
| Drake | 52,195 | 55,710 | 53,641 | 52,461 | 51,774 | 51,587 | 51,848 | 51,575 | 51,496 | $796 | $629 | $134 | 523,643 | London Insolvents |
| Edinburgh Assurance | 5129,758 | 5340,209 | 5223,302 | 5150,503 | 5108,608 | 597,338 | 5100,637 | 597,917 | 594,510 | 586,717 | 569,312 | 514,731 | 1,514,162 | Signatory |
| El Paso | $257 | 54,654 | 51,881 | 51,271 | 54,423 | 51,113 | $121 | $359 | $568 | 5598 | 5584 | 51,742 | 523,428 | Signatory |
| English & American | 532,477 | 5286,452 | 5185,108 | 5125,110 | 5118,334 | 583,040 | 579,370 | 582,291 | 584,145 | 583,253 | 585,823 | 519,945 | 1,398,348 | London Insolvents |
| Excess | 4,004,504 | 10,437,864 | 6,553,087 | 6,456,077 | 3,333,493 | 2,884,043 | 3,341,173 | 5,371,686 | 3,200,676 | 2,988,982 | 2,439,010 | 522,871 | 47,572,049 | Commuted |
| Fennia Insurance Company Limited | 5154,020 | 5405,808 | 5268,873 | 5180,372 | 5130,039 | 5116,331 | 5131,118 | 5132,936 | 5127,592 | 5119,558 | 596,572 | 523,331 | 51,081,658 | Commuted |
| Fidelitade of Lisbon | 512,338 | 532,055 | 520,466 | 513,632 | 59,972 | 58,921 | 59,214 | 58,926 | 58,389 | 58,093 | 56,474 | 51,378 | 5128,185 | Signatory |
| Highlands | 527,053 | 570,385 | 544,883 | 530,335 | 521,970 | 519,554 | 520,043 | 519,233 | 518,312 | 518,222 | 514,016 | 52,979 | 5306,109 | London Insolvents |
| Hull Underwriters Assn. | 51,219 | 53,172 | 52,023 | 51,367 | $986 | $882 | $914 | $975 | $831 | $413 | $650 | $138 | 513,871 | Signatory |
| La Concorde | 553,745 | 5139,829 | 589,165 | 560,264 | 543,447 | 538,667 | 539,966 | 538,335 | 536,498 | 534,992 | 527,989 | 55,944 | 5600,037 | Signatory |
| Lexington | 53,195 | 523,507 | 510,566 | 57,155 | 533,355 | 56,965 | 5760 | 51,258 | 53,571 | 55,372 | 523,523 | 50,705 | 5128,692 | London Insolvents |
| London & Edinburgh | 558,456 | 5152,113 | 596,990 | 565,556 | 547,284 | 542,282 | 537,264 | 554,942 | 552,302 | 550,076 | 540,055 | 58,513 | 5725,834 | London Insolvents |
| London & Overseas | 5112,164 | 5405,608 | 5258,873 | 5135,510 | 597,996 | 597,397 | 587,381 | 586,333 | 591,378 | 573,574 | 552,788 | 512,904 | 1,391,121 | Signatory |
| Louisville | 5309 | $808 | $514 | $348 | 52,956 | 5451 | 549 | 5147 | 5233 | 5350 | 5281 | $60 | 56,515 | London Insolvents |
| Minster | 520,444 | 553,189 | 533,917 | 522,924 | 516,527 | 514,785 | 515,270 | 514,627 | 513,902 | 513,178 | 510,728 | 52,280 | 5232,094 | Signatory |
| Mutual Reinsurance | 54,280 | 518,673 | 59,720 | 58,569 | 58,610 | 54,577 | 554,247 | 573,847 | 570,714 | 568,128 | 564,035 | 514,456 | 5398,056 | London Insolvents |
| National Casualty | 5139,830 | 5382,798 | 5231,984 | 5156,791 | 5113,030 | 5101,122 | 5103,888 | 599,705 | 594,852 | 591,081 | 572,653 | 515,483 | 1,584,527 | Signatory |
| New London Reinsurance | 513,209 | 534,367 | 521,915 | 514,812 | 510,678 | 59,555 | 59,821 | 59,417 | 58,959 | 58,592 | 56,873 | 51,461 | 5149,857 | Signatory |
| North Atlantic Insurance Company Ltd. | 51,916 | 511,073 | 55,299 | 53,582 | 52,582 | 52,310 | 5252 | 5745 | 51,177 | 51,775 | 55,108 | 52,818 | 5142,478 | London Insolvents |
| Orion Insurance Co. Ltd. | 529,535 | 570,385 | 5153,371 | 530,335 | 521,970 | 521,562 | 523,136 | 521,187 | 520,121 | 519,052 | 58,004 | 51,761 | 5142,478 | London Insolvents |
| Orion N.M. | 5122,943 | 5310,750 | 5175,984 | 5116,942 | 555,751 | 576,712 | 578,328 | 570,614 | 561,989 | 557,559 | 545,016 | 59,779 | 1,216,377 | London Insolvents |
| Orion N.M. | 5793 | 52,082 | 51,315 | $889 | $841 | $573 | $594 | $540 | $540 | $528 | $422 | $90 | 59,016 | London Insolvents |
| Phoenix Assurance | 582,558 | 5214,794 | 5136,966 | 592,573 | 566,740 | 559,705 | 561,380 | 558,656 | 555,995 | 553,703 | 542,855 | 59,129 | 5935,354 | Signatory |
| River Thames | 579,365 | 5204,266 | 5124,853 | 584,385 | 560,637 | 554,424 | 568,546 | 552,840 | 548,782 | 544,498 | 535,564 | 57,558 | 5653,498 | Signatory |
| Royale Belge | 51,277 | 53,334 | 52,126 | 51,437 | 512,251 | 51,867 | 5204 | 5609 | 5965 | 51,447 | 51,164 | 5247 | 526,969 | Signatory |
| Southern American | 56,843 | 520,022 | 514,060 | 59,922 | 57,153 | 56,399 | 56,568 | 56,300 | 55,996 | 55,745 | 54,585 | 5977 | 5160,297 | London Insolvents |
| Sovereign Marine & General | 51,100 | 57,875 | 515,321 | 59,203 | 516,145 | 56,613 | 56,116 | 517,453 | 519,441 | 519,602 | 59,980 | 52,192 | 597,580 | London Insolvents |
| Sphere | 52,195 | 55,710 | 53,641 | 52,461 | 51,774 | 51,587 | 51,648 | 51,575 | 51,496 | $796 | $629 | $134 | 523,643 | Signatory |
| St. Katherine | 571,489 | 5192,274 | 5120,785 | 581,835 | 559,855 | 552,651 | 5118,829 | 5139,127 | 5132,756 | 5127,323 | 5109,788 | 524,039 | 1,227,550 | Signatory |
| Stonebrand | 5240 | 51,763 | $794 | $537 | 52,498 | 5522 | $57 | $189 | $288 | $403 | 51,784 | $503 | 55,516 | Signatory |

The Kenesis Group, LLC
March 1, 2007

CONFIDENTIAL
DANA-0050267

Privileged & Confidential

## Dana Corporation:
## Allocation by Subscriber*

| Subscriber | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013-2014 | 2014-2016 | 2016-2018 | 2018-2020 | 2021-2022 | 2023-2026 | Total | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stoneyplot | $226,437 | $595,881 | $378,413 | $255,758 | $201,271 | $168,362 | $211,050 | $223,977 | $214,004 | $205,125 | $174,462 | $37,935 | $2,913,899 | Signatory |
| Swiss Union General | 555,372 | 150,245 | 104,519 | 170,642 | 550,929 | 145,560 | 47,114 | 47,226 | 46,800 | 40,862 | 322,470 | 56,501 | 3,699,320 | Signatory |
| Taisho Marine & Fire | 5600 | 4,409 | 5,986 | 1,342 | 56,239 | 1,306 | 5142 | 5423 | 5670 | 1,007 | 54,410 | 51,257 | 35,791 | Signatory |
| Taris Nova | 27,045 | 70,304 | 44,869 | 30,326 | 21,683 | 19,559 | 20,037 | 19,228 | 18,306 | 17,519 | 14,012 | 22,978 | 306,105 | Signatory |
| Taiyo Marine & Fire | $699 | 58,613 | 52,979 | 32,013 | 9,359 | 1,959 | 5214 | 5835 | 51,004 | 51,511 | 56,616 | 21,886 | 135,487 | Signatory |
| Tokyo | 178,028 | 459,537 | 293,034 | 198,053 | 148,414 | 129,254 | 166,606 | 175,917 | 167,640 | 160,982 | 128,668 | 27,345 | 2,230,968 | Signatory |
| U.M.A. | 556,512 | 117,288 | 503,721 | 593,419 | 545,765 | 540,541 | 542,443 | 540,623 | 538,580 | 516,975 | 14,708 | 53,126 | 1,606,168 | Signatory |
| Union America Ins. Co. | 560,158 | 156,383 | 599,721 | 597,399 | 548,591 | 543,499 | 544,533 | 542,733 | 540,686 | 538,555 | 531,142 | 55,618 | 1,886,317 | Signatory |
| United Standard | 5395 | 5952 | 5607 | 5410 | 5296 | 5285 | 5283 | 5263 | 5249 | 5244 | 5195 | 541 | 14,161 | London Insolvents |
| Unknown | 510,661 | 527,736 | 517,686 | 511,654 | 58,618 | 57,710 | 57,918 | 57,594 | 57,226 | 56,925 | 55,539 | 51,177 | 132,745 | London Insolvents |
| Walbrook | 563,023 | 181,134 | 110,523 | 74,699 | 64,371 | 49,056 | 114,449 | 144,981 | 138,350 | 134,083 | 128,980 | 29,341 | 1,233,569 | London Insolvents |
| Winterhur Swiss | 514,662 | 48,525 | 27,237 | 18,409 | 17,794 | 12,250 | 55,596 | 75,177 | 72,032 | 69,497 | 66,193 | 15,009 | 1,498,341 | Signatory |
| World Auxiliary | 125,820 | 585,655 | 526,184 | 25,794 | 18,596 | 16,836 | 17,209 | 15,583 | 13,563 | 12,578 | 10,049 | 52,106 | 282,171 | Signatory |
| Yasuda Fire & Marine | 54,031 | 510,487 | 58,687 | 54,520 | 53,254 | 52,915 | 55,373 | 55,732 | 572,144 | 588,984 | 555,175 | 511,726 | 371,021 | Signatory |
| **Total** | $8,845,214 | $17,588,602 | $11,418,883 | $7,717,694 | $5,887,470 | $5,094,540 | $8,010,000 | $8,195,888 | $5,910,568 | $5,519,515 | $4,635,528 | $1,006,141 | $84,144,601 | |
| Total Signatory** | $2,052,555 | 5,417,638 | 3,473,924 | 2,351,681 | 1,803,345 | 1,525,555 | 1,987,112 | 1,574,229 | 1,893,683 | 1,783,983 | 1,465,229 | 322,607 | 125,935,797 | |
| Total London Insolvents | 1,633,376 | 1,727,412 | 1,076,509 | 1,729,365 | 1,619,393 | 1,470,211 | 1,649,998 | 1,717,278 | 1,688,245 | 1,649,009 | 1,619,717 | 160,352 | 18,731,151 | |
| Total Commuted*** | 14,159,133 | 110,443,532 | 6,859,939 | 4,636,448 | 3,403,332 | 3,099,373 | 3,472,891 | 3,564,251 | 3,328,660 | 3,106,516 | 1,534,582 | 1,543,182 | 49,451,672 | |
| **Total** | 16,845,214 | 17,588,602 | 11,418,883 | 17,717,694 | 5,887,470 | 5,094,540 | 16,010,000 | 16,195,888 | 5,910,568 | 5,519,515 | 4,635,528 | 1,006,141 | 84,144,601 | |

*) Rule does not apply; coverage block extended immediately on 6/11/1985.

**) Dana Retrospective Premium payable on 1976-1984 primary policies. Amount paid (if any) by primary carriers is included in the paying signatory category.

***) Included in "Commuted" category are amounts allocated to Equitas and Excess.

The Kenesis Group, LLC
March 1, 2007

Privileged & Confidential

CONFIDENTIAL
DANA-0050268



**Leslie A. Delagran**
Vice President
1100 New York Avenue, NW
Suite 650 East
Washington, D.C. 20005
DT 202.772.1943      DF 202.772.1944
delagranl@kenesisgroup.com

---

Leslie Delagran is a Vice President at The Kenesis Group, LLC, specializing in the economic and financial evaluation of asbestos, environmental and mass tort claims, development of future claims scenarios, and allocations to insurance coverage.

## Experience

Ms. Delagran has over 20 years of experience in economic and financial analysis. Since 1996, she has worked almost exclusively in the area of insurance cost recovery for asbestos and environmental claims. She has been the lead economist in developing methodologies for forecasting future asbestos claims and environmental costs, which have been used as the basis of numerous settlements with carriers. She has worked with clients in the oil and gas, utility, pulp and paper, pharmaceutical, railroad and manufacturing sectors.

Ms. Delagran takes the lead in developing demands for Kenesis clients in settlement discussions with London and domestic carriers, and manages project teams in preparing submissions to insolvent London Market subscribers. She also manages the data, policy, and allocation analysis required by carriers in support of claims. Recently her work has included analytical support for policyholders in the context of bankruptcy.

Prior to joining Kenesis, Ms. Delagran was a Senior Manager with the litigation support practice of Arthur Andersen, where she developed and negotiated insurance settlements for long-tail environmental and human health liabilities on behalf of large policyholders.

Previously, she worked as an economic consultant to the international trade practice of Hogan & Hartson in Washington, D.C., and as Manager of Trade Policy with the Government of Ontario.

## Education

1991 – Master of International Public Policy, Johns Hopkins University
1981 – M.A. Economics, University of Toronto
1979 – B.Sc. (Econ), London School of Economics

CONFIDENTIAL
DANA-0050269